UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTHONY DEO individually and as a shareholder/member
of NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE HWY AUTO LLC, SARA DEO individually
and as a shareholder/member of NORTHSHORE MOTOR
LEASING LLC and NORTHSHORE MOTOR LEASING,
LLC and 189 SUNRISE HWY AUTO, LLC,

Case No.: 24-cv-6903

                              Plaintiffs,

  -against-

NOTICE OF REMOVAL

RONALD BARON, JOSHUA AARONSON, JORY
BARON, MARCELLO SCIARRINO, DANIEL
O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN,
IRIS BARON, RAYMOND PHELAN, ASAD KHAN,
ESTATE OF DAVID BARON, BARON NISSAN INC.
d/b/a BARON NISSAN, ISLAND AUTO GROUP OF
NEW YORK LLC a/k/a ISLAND AUTO GROUP OF
NY LLC a/k/a ISLAND AUTO GROUP, ROBERT
ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL
MORGAN, PARMESHWAR BISSOON, SUPERB
MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS,
WITT & CHARLES, LLP, CITRIN COOPERMAN &
COMPANY LLP a/k/a CITRIN COOPERMAN,
NEXTGEAR CAPITAL INC., ALLY FINANCIAL
INC., NISSAN MOTOR ACCEPTANCE COMPANY
LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A.
a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK
N.A. d/b/a CHASE BANK, CYRULI SHANKS &
ZIZMOR, LLP, MILMAN LABUDA LAW GROUP,
PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE
ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE
DOES 1-20, JOHNM DOE CORPORATIONS 1-20,
and NEW YORK STATE DEPARTMENT OF
MOTOR VEHICLES,

                              Defendants.
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Defendants Cyruli Shanks & Zizmor LLP, Ronald

Baron, Joshua Aaronson, Jory Baron, Marcello Sciarrino, Daniel O'Sullivan, Brian Chabrier,

Wendy Kwun, Iris Baron, Raymond Phelan, Asad Khan, Estate Of David Baron, Baron Nissan

Inc. d/b/a Baron Nissan and Island Auto Group Of New York LLC a/k/a Island Auto Group Of NY LLC a/k/a Island Auto Group ("Removing Defendants") by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove this action from the Supreme Court of the State of New York, County of Nassau, to the United states District Court for the Eastern District of New York, and its grounds for removal state as follows:

1. On or about September 4, 2024, Plaintiffs Anthony Deo individually and as a Shareholder/Member of Northshore Motor Leasing LLC And 189 Sunrise Hwy Auto LLC, Sara Deo individually and as a Shareholder/Member of Northshore Motor Leasing LLC and Northshore Motor Leasing, LLC and 189 Sunrise Hwy Auto, LLC (collectively the "Plaintiffs"), commenced this action by filing a summons and complaint (the "Summons and Complaint") in the above captioned matter in the Supreme Court of the State of New York, County of Nassau, under Index Number 615683/2024 (the "State Court Action"). A copy of the Summons and Complaint is annexed hereto as Exhibit "A".

2. On September 16, 2024 the Summons and Complaint was delivered to the front desk at the offices of Cyruli Shanks. The other Removing Defendants who have been served, have been served no earlier than September 13, 2024. No affidavits of service have yet been filed.

3. To the extent the Summons and Complaint constitutes an "initial pleading" under 28 U.S.C. § 1446(b), this Notice of Removal is timely since it is filed within thirty (30) days of Removing Defendants' receipt of the Summons and Complaint.

4. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1331 because the Summons and Complaint states that Plaintiffs are asserting claims under the laws of the United States, including claims under (1) 42 U.S.C. § 2000e *et. seq.*, commonly known as

Title VII of the 1964 Civil Rights Act, (2) the Equal Protection Clause of the 14th Amendment of the United States Constitution, (3) the Due Process Clause of the 5th and 14th Amendment of the United States Constitution, and (4) the Involuntary Servitude Clause of the 13th Amendment of the United States Constitution.

5. By filing this Notice of Removal, Removing Defendants do not waive any defense which may be available to them.

6. A copy of this Notice will be filed with the Clerk of the Supreme Court of the State of New York, County of Nassau, as required by 28 U.S.C. § 1446(d).

7. Removing Defendants will serve this Notice of Removal on the attorney for Plaintiffs, Harry R. Thomasson, Esq. 3280 Sunrise Highway, Box 112, Wantagh, New York 11793, and all other defendants on the attached list of defendants, as required by 28 U.S.C. § 1446(d).

8. All defendants served have consented to this removal. See emails attached as Exhibit "B".

9. Pursuant to 28 U.S.C. § 1446(a), copies of all papers filed in the State Court Action are attached hereto as Exhibit "A" and Exhibit "C").

WHEREFORE, Defendants Removing Defendants respectfully give notice that this action has been removed from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York.

Dated: September 30, 2024
New York, New York

    Respectfully submitted,

    CYRULI SHANKS & ZIZMOR LLP

    By: /s/ Jeffrey C. Ruderman
        Jeffrey C. Ruderman

3

420 Lexington Avenue, Ste 2320
New York, New York 10170
jruderman@cszlaw.com
(212) 661-6800

Attorneys for Cyruli Shanks & Zizmor LLP, Ronald Baron, Joshua Aaronson, Jory Baron, Marcello Sciarrino, Daniel O'Sullivan, Brian Chabrier, Wendy Kwun, Iris Baron, Raymond Phelan, Asad Khan, Estate Of David Baron, Baron Nissan Inc. d/b/a Baron Nissan, Island Auto Group Of New York LLC a/k/a Island Auto Group Of NY LLC a/k/a Island Auto Group