EXHIBIT C-OTHER COURT FILINGS

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---

ANTHONY DEO INDIVIDUALLY AND AS
SHAREHOLDER/MEMBER OF NORTHSHORE
MOTOR LEASING LLC, *ET AL*,

Plaintiffs,

-against-

RONALD BARON, *ET AL*,

Defendant.

Index No. 615683/2024

**STIPULATION EXTENDING
ALLY FINANCIAL INC.'S TIME
TO RESPOND TO THE
COMPLAINT**

**WHEREAS**, the Plaintiffs ("Plaintiffs") commenced the above-captioned action against various defendants, including, but not limited to, Ally Financial Inc. ("Ally"), pursuant to a Summons and Verified Complaint dated September 4, 2024 (the "Complaint");

**WHEREAS**, Plaintiffs have agreed to extend Ally's time to respond to the Complaint through and including **November 11, 2024** (the "Ally Extended Response Date") pursuant to the terms set forth in this Stipulation (the "Stipulation"), now, therefore,

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Ally, by and through their undersigned attorneys, as follows:

1. The "WHEREAS" clauses set forth above are expressly incorporated into the body of this Stipulation, as if made a part hereof.

2. Ally shall file a response to the Complaint, via NYSCEF, on or before the Ally Extended Response Date.

3. In consideration of the foregoing, Ally agrees to waive service related defenses with respect to the service of the Complaint upon Ally.

4. This Stipulation is entered into without prejudice to, or waiver of, the parties rights, remedies, claims, and defenses.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

5.  This Stipulation may be executed in any number of counterparts.  Copies of signatures, including, but not limited to, PDF signatures, or signatures with a */s/*, shall be deemed originals for all purposes.

Dated: September 23, 2024

**HARRY THOMASSON, ESQ.**

By: */s/ Harry Thomasson,*
       Harry Thomasson, Esq.
3280 Sunrise Highway, Box 112
Wantagh, NY 11793
Tel. (516) 557-5459
E-Mail: hratty@verizon.net
*Attorneys for Plaintiffs*

**REED SMITH LLP**

By: */s/ Matthew Meisel*
       Matthew Meisel, Esq.
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
E-Mail: mmeisel@reedsmith.com
*Attorneys for Defendant Ally Financial Inc.*

FILED: NASSAU COUNTY CLERK 09/23/2024 02:27 PM INDEX NO. 615683/2024

NYSCEF DOC. NO. 30 RECEIVED NYSCEF: 09/23/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

|  |  |
|---|---|
| ANTHONY DEO INDIVIDUALLY AND AS SHAREHOLDER/MEMBER OF NORTHSHORE MOTOR LEASING LLC, *ET AL*,<br><br>Plaintiffs,<br><br>-against-<br><br>RONALD BARON, *ET AL*,<br><br>Defendant. | Index No. 615683/2024<br><br>**NOTICE OF APPEARANCE** |

 **PLEASE TAKE NOTICE**, that the law firm of Reed Smith LLP hereby appears in the above-captioned action (the "Action") as counsel for defendant, Ally Financial Inc. ("Ally"), and hereby demands that all papers, motions, pleadings, and/or any other documents, in this Action be served upon the undersigned at the office address stated below.

 **PLEASE TAKE FURTHER NOTICE**, that this notice of appearance is filed without prejudice to, or waiver of, Ally's rights, remedies, claims and defenses, all of which are expressly reserved.

   Dated:  New York, New York
     September 23, 2024

                              **REED SMITH LLP**

                              */s/ Matthew Meisel*
                              Matthew Meisel, Esq.
                              599 Lexington Avenue
                              New York, New York 10022
                              Tel. (212) 549-0400
                              E-mail: mmeisel@reedsmith.com
                              *Attorneys for Ally Financial Inc.*

TO: ALL APPEARING PARTIES VIA NYSCEF

09/23/2024 11:13 AM

Case 2:24-cv-06903-JMW    Document 1-34    Filed 09/30/24    Page 5 of 9 PageID #: 618

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**
-----------------------------------------------------------------X
ANTHONY DEO individually and as shareholder/
Member of NORTHSHORE MOTOR LEASING LLC
and 189 SUNRISE HWY AUTO LLC; SARA DEO
individually and as shareholder/member of
NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE HWY AUTO LLC; and NORTHSHORE
MOTOR LEASING LLC and 189 SUNRISE
AUTO, LLC

Index No. 615683/2024

*Plaintiffs,*

- against –

RONALD BARON, ET. AL.,

**STIPULATION EXTENDING**
**TIME TO ANSWER OR**
**OTHERWISE APPEAR AS TO**
**COMPLAINT**

*Defendants.*
-----------------------------------------------------------------X
SIR/MADAM:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the

time for Defendant, NEXTGEAR CAPITAL, INC. to answer and/or otherwise appear with respect

to the Complaint in this action be and the same is hereby extended up to and including <u>October 31,

2024</u>.  By entry into this stipulation, NextGear waives any defense upon the sufficiency of service

of process completed by Plaintiff as to NextGear on September 12, 2024.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in

counterparts, and facsimile and/or electronic signatures shall be deemed as originals.

Dated:   White Plains, New York
              September 26, 2024

<u>/s/ Harry Thomasson, per auth 9.23.24 e-mail</u>

BY: Harry Thomasson, Esq.
3280 Sunrise Highway
Box 112
Wantagh, NY  11793
Tel. 516-557-5459
hrtatty@verizon.net

<u>/s/ Nicholas M. Gaunce</u>

BY:  Nicholas M. Gaunce, Esq.
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
10 Bank St., Suite 700
White Plains, NY  10606
Tel. 609-989-5058
ngaunce@eckertseamans.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

ANTHONY DEO individually and as shareholder/member of
NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE
HWY AUTO LLC; SARA DEO individually and as
shareholder/member of NORTHSHORF, MOTOR LEASING
LLC and 189 SUNRISE HWY AUTO LLC; and
NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE
AUTO LLC,

                                                 Plaintiffs,

                         - against -

RONALD BARON, JOSHUA AARONSON, JORY BARON,
MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN
CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND
PHELAN, ASAD KHAN, ESTATE OF DAVID BARON,
BARON NISSAN INC., d/b/a/ BARON NISSAN, ISLAND
AUTO GROUP OF NEW YORK LLC, a/k/a/ ISLAND AUTO
GROUP OF NY LLC, d/b/a/ ISLAND AUTO GROUP,
ROBERT ANTHONY URRUTIA, BRUCE NOVICKY,
MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB
MOTORS INC., d/b/a/ TEAM AUTO DIRECT, RICHARDS,
WITT & CHARLES, LLP, CITRIN COOPERMAN &
COMPANY LLP, d/b/a/ CITRIN COOPERMAN, NEXTGEAR
CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR
ACCEPTANCE COMPANY LLC, d/b/a/ NMAC, JP MORGAN
CHASE BANK N.A., a/k/a/ JP MORGAN CHASE & CO.,
a/k/a/ CHASE BANK N.A., d/b/a/ CHASE BANK, CYRULI,
SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW
GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE
ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20,
JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES,

                                           Defendants.

Index No.:   615683/2024

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that ZEICHNER ELLMAN & KRAUSE LLP, with

offices at 730 Third Avenue, New York, New York 10017, has been retained as counsel

for Defendant, NISSAN MOTOR ACCEPTANCE COMPANY LLC, d/b/a/ NMAC

Case 2:24-cv-06903-JMW     Document 1-34     Filed 09/30/24     Page 7 of 9 PageID #: 620

("NMAC"), in the above-captioned action. Copies of all pleadings, orders, notices and other documents should henceforth be served upon Zeichner Ellman & Krause LLP.

Dated: New York, New York
September 20, 2024

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/Michael E. Sims
    Michael E. Sims, Esq.
    Kevin Badkhshan, Esq.
    730 Third Avenue
    New York, New York, 10017
    (212) 826-5328
    (212) 826-5334
    Msims@zeklaw.com
    Kbadkhshan@zeklaw.com

*Attorneys for Defendant, Nissan Motor Acceptance Company LLC, d/b/a NMAC*

To:    All Appearing Parties

2

Case 2:24-cv-06903-JMW Document 1-34 Filed 09/30/24 Page 8 of 9 PageID #: 621

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

|  |  |
|---|---|
| ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORF, MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; and NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE AUTO LLC, | Index No.: 615683/2024 |

                                                    Plaintiffs,

                          - against -

RONALD BARON, JOSHUA AARONSON, JORY BARON,
MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN
CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND
PHELAN, ASAD KHAN, ESTATE OF DAVID BARON,
BARON NISSAN INC., d/b/a/ BARON NISSAN, ISLAND
AUTO GROUP OF NEW YORK LLC, a/k/a/ ISLAND AUTO
GROUP OF NY LLC, d/b/a/ ISLAND AUTO GROUP,
ROBERT ANTHONY URRUTIA, BRUCE NOVICKY,
MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB
MOTORS INC., d/b/a/ TEAM AUTO DIRECT, RICHARDS,
WITT & CHARLES, LLP, CITRIN COOPERMAN &
COMPANY LLP, d/b/a/ CITRIN COOPERMAN, NEXTGEAR
CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR
ACCEPTANCE COMPANY LLC, d/b/a/ NMAC, JP MORGAN
CHASE BANK N.A., a/k/a/ JP MORGAN CHASE & CO.,
a/k/a/ CHASE BANK N.A., d/b/a/ CHASE BANK, CYRULI,
SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW
GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE
ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20,
JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES,

                                                    Defendants.

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between counsel

for the undersigned that NISSAN MOTOR ACCEPTANCE COMPANY LLC, d/b/a/

Case 2:24-cv-06903-JMW    Document 1-34    Filed 09/30/24    Page 9 of 9 PageID #: 622

NMAC's ("NMAC") time to respond to the Complaint is extended to and including November 1, 2024; and it is further

STIPULATED AND AGREED, that NMAC waives any defenses concerning the sufficiency of the service of the Summons and Complaint; and it is further

STIPULATED AND AGREED, that this Stipulation may be signed in counterparts, and that electronic or facsimile copies shall be deemed originals.

Dated:   New York, New York
         September 19, 2024

HARRY R. THOMASSON, ESQ

By: */s/Harry R. Thomasson*
    Harry R. Thomasson, Esq.
    3280 Sunrise Highway
    Box 112
    Wantagh, New York, 11793
    (516) 557-5459
    hrtatty@verizon.net

*Attorneys for Plaintiffs Anthony Deo
individually and as shareholder/member of
NORTHSHORE MOTOR LEASING LLC
and 189 SUNRISE HWY AUTO LLC, Sara Deo
individually and as shareholder/member of
NORTHSHORE MOTOR LEASING LLC
and 189 SUNRISE HWY AUTO LLC,
NORTHSHORE MOTOR LEASING LLC,
and 189 SUNRISE AUTO LLC*

ZEICHNER ELLMAN & KRAUSE LLP

By: */s/Michael E. Sims*
    Michael E. Sims, Esq.
    Kevin Badkhshan, Esq.
    730 Third Avenue
    New York, New York, 10017
    (212) 826-5328
    (212) 826-5334
    Msims@zeklaw.com
    Kbadkhshan@zeklaw.com

*Attorneys for Defendant, Nissan Motor
Acceptance Company LLC, d/b/a NMAC*

2