Michael E. Sims
ZEICHNER ELLMAN & KRAUSE LLP
730 Third Avenue
New York, New York 10017
(212) 223-0400
msims@zeklaw.com

*Attorneys for Defendant, Nissan Motor Acceptance Company LLC, d/b/a NMAC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE, MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; and NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE AUTO LLC,

Plaintiffs,

- against -

RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC., d/b/a/ BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC, a/k/a/ ISLAND AUTO GROUP OF NY LLC, d/b/a/ ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC., d/b/a/ TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP, d/b/a/ CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC, d/b/a/ NMAC, JP MORGAN CHASE BANK N.A., a/k/a/ JP MORGAN CHASE & CO., a/k/a/ CHASE BANK N.A., d/b/a/ CHASE BANK, CYRULI, SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,

Defendants.

**Case No.:** 24-cv-06903-JMW

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for defendant, NISSAN MOTOR ACCEPTANCE COMPANY LLC, d/b/a/ NMAC. I certify that I am admitted to practice in this Court.

Dated: New York, New York
October 2, 2024

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Michael E. Sims_

Michael E. Sims, Esq.
730 Third Avenue
New York, New York 10017
(212) 223-0400
msims@zeklaw.com

*Attorneys for Defendant, Nissan Motor Acceptance Company LLC, d/b/a NMAC*

To: All Appearing Parties by ECF