UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; and NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE AUTO LCC,

       Plaintiffs,

    -against-

RONALD BARON, JOSHUA AARONSON, JORY BARON MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAIN INC., d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC, a/k/a ISLAND AUTO GROUP OF NY LLC, d/b/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN PARMESHWAR BISSOON, SUPERB MOTORS INC., d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP, d/b/a CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC, d/b/a NMAC, JP MORGAN CHASE BANK N.A., a/k/a JP MORGAN CHASE & CO., a/k/a CHASE BANK N.A., d/b/a CHASE BANK, CYRULI, SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,

       Defendants.
-----------------------------------------------------------------------X

Case No. 2:24-cv-06903

**NOTICE OF APPEARANCE**

**COUNSELORS:**

  **PLEASE TAKE NOTICE**, that Conor V. McDonald, Esq., of Milber Makris Plousadis & Seiden, LLP, 100 Manhattanville Road, Suite 4E20, Purchase, New York 10577, hereby appears in this action on behalf of defendant, RICHARD, WITT, & CHARLES, LLP.

Dated: Purchase, New York
October 16, 2024

                                               **MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By:_____
      Conor V. McDonald, Esq.
*Attorneys for Defendant*
*Richard, Witt & Charles, LLP*
100 Manhattanville Road, Suite 4E20
Purchase, New York 10577
(914) 231-8066
cmcdonald@milbermakris.com
File No.: 446-28894

TO: ALL PARTIES VIA ECF

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 16, 2024, I filed the foregoing Notice of Appearance on CM/ECF, which shall serve as notice of filing on all counsel of record.

      _____
      Conor V. McDonald (Bar Roll # 703522)

      *Attorney for Defendant Richard, Witt & Charles, LLP*