UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTHONY DEO individually and as shareholder/member
of NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE HWY AUTO LLC; SARA DEO individually
and as shareholder/member of NORTHSHORE MOTOR
LEASING LLC and 189 SUNRISE HWY AUTO LLC;
and NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE AUTO LCC,

                  Plaintiffs,

             -against-

RONALD BARON, JOSHUA AARONSON, JORY BARON
MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN
CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND
PHELAN, ASAD KHAN, ESTATE OF DAVID BARON,
BARON NISSAIN INC., d/b/a BARON NISSAN, ISLAND
AUTO GROUP OF NEW YORK LLC, a/k/a ISLAND AUTO
GROUP OF NY LLC, d/b/a ISLAND AUTO GROUP, ROBERT
ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL
MORGAN PARMESHWAR BISSOON, SUPERB MOTORS
INC., d/b/a TEAM AUTO DIRECT, RICHARDS, WITT &
CHARLES, LLP, CITRIN COOPERMAN & COMPANY
LLP, d/b/a CITRIN COOPERMAN, NEXTGEAR CAPITAL
INC., ALLY FINANCIAL INC., NISSAN MOTOR
ACCEPTANCE COMPANY LLC, d/b/a NMAC, JP MORGAN
CHASE BANK N.A., a/k/a JP MORGAN CHASE & CO., a/k/a
CHASE BANK N.A., d/b/a CHASE BANK, CYRULI, SHANKS
& ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC,
JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS
1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE
CORPORATIONS 1-20, and NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES,

                  Defendants.
-------------------------------------------------------------------X

**STIPULATION**

Civ. Case No. 2:24-cv-06903

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that

the time for Defendant Richard, Witt & Charles, LLP ("RWC") to answer, respond or otherwise

plead and/or move with respect to Plaintiffs' Complaint dated September 4, 2024, is hereby extended up to and including November 18, 2024.

**IT IS FURTHER STIPULATED AND AGREED** that RWC waives any defense concerning the sufficiency of service of Plaintiffs' Summons and Complaint.

**IT IS FURTHER STIPULATED AND AGREED** that fax or electronic signatures shall be deemed originals for the purpose of this Stipulation and that a fax or electronic copy of this Stipulation may be filed with the clerk and used for all purposes.

Dated: Purchase, New York
October 1, 2024

HARRY THOMASSON, ESQ.

By: _____
    Harry Thomasson, Esq.
*Attorneys for Plaintiff*
3280 Sunrise Highway
Box 112
Wantagh, New York 11793
(516) 557-5459
hrtatty@verizon.net

MILBER MAKRIS PLOUSADIS &
SEIDEN, LLP

By: _____
    Conor V. McDonald, Esq.
*Attorneys for Defendant*
*Richard, Witt & Charles, LLP*
100 Manhattanville Road, Suite 4E20
Purchase, New York 10577
(914) 687-8700
cmcdonald@milbermakris.com

2