# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DEO individually and as shareholder/Member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; and NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE AUTO, LLC<br><br>         Plaintiffs,<br><br>vs.<br><br>RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC. d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC a/k/a ISLAND AUTO GROUP OF NY LLC a/k/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP a/k/a CITRIN COOPERMAN, | CIVIL ACTION NO.: 2:24-cv-06903<br><br><br><br>**NOTICE OF APPEARANCE OF<br>ANTHONY E. BUSH, ESQ.**<br>*Admitted Pro Hac Vice* |

| NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A. a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK N.A. d/b/a CHASE BANK, CYRULI SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, | |
|---|---|
| Defendants. | |

**TO:** Clerk, United States District Court

**PLEASE TAKE NOTICE** that the undersigned, having registered for ECF in the Eastern District of New York and having paid the $200.00 admission fee, (receipt number, ANYEDC-18361489) hereby enters an appearance on behalf Defendant, NextGear Capital Inc. and requests that all E-Filing Notices in this case be directed to: abush@eckertseamans.com.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*Attorneys for Defendant, NextGear Capital, Inc.*

By: */s/ Anthony E. Bush*
   Anthony E. Bush
   *Admitted, Pro Hac Vice*

Dated: October 18, 2024

2

## CERTIFICATE OF SERVICE

I, Anthony E. Bush, Esq., hereby certify that on this 18th day of October, 2024, I served a true and correct copy of the foregoing electronically via ECF upon all counsel of record.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*Attorneys for Defendant, NextGear Capital, Inc.*

By: */s/ Anthony E. Bush*
    Anthony E. Bush
    *Admitted, Pro Hac Vice*

Dated: October 18, 2024