# CYRULI SHANKS
CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman<br>
email: jruderman@cszlaw.com<br>
Admitted NY, NJ and CT

October 21, 2024

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

    Re:    Deo, et. al. v. Baron, et. al., Case No. 2: 24-cv-6903 (JMW)

Dear Magistrate Judge Wicks:

    This firm represents itself, Cyruli Shanks & Zizmor LLP, defendant herein, as well as defendants Ronald Baron, Joshua Aaronson, Jory Baron, Marcello Sciarrino, Daniel O'Sullivan, Brian Chabrier, Wendy Kwun, Iris Baron, Raymond Phelan, Asad Khan, Estate Of David Baron, Baron Nissan Inc. d/b/a Baron Nissan and Island Auto Group of New York LLC a/k/a Island Auto Group of NY LLC a/k/a Island Auto Group (collectively the "Defendants").

    On October 15, 2024, in the action Superb Motors Inc., et. al. v. Deo, et. al., Case No. 2:23-cv-6188 (JMW) (the "Superb Action"), Sage Legal LLC, on behalf of the Superb Plaintiffs[1], and this firm on behalf the Island Auto Group Plaintiffs,[2] moved, *inter alia*, to consolidate the instant action, Deo, et. al. v. Baron, et. al., Case No. 2: 24-cv-6903 (JMW) (the "Deo Action") with the Superb Action (the "Consolidation Motion"). The Consolidation Motion was also filed in this action. The Court set a deadline of October 30, 2024 to file any opposition to the Consolidation Motion.

    On behalf of Defendants in the Deo Action, Cyruli Shanks & Zizmor LLP hereby joins in the Consolidation Motion upon the same basis as set forth therein.

---

[1] Superb Motors Inc., Robert Anthony Urrutia and Team Auto Sales LLC.

[2] 189 Sunrise Hwy Auto LLC, Northshore Motor Leasing, LLC, Brian Chabrier, Joshua Aaronson, Jory Baron, Asad Khan, Iris Baron Representative of the Estate of David Baron, 1581 Hylan Blvd Auto LLC, 1580 Hylan Blvd Auto LLC, 1591 Hylan Blvd Auto LLC, 1632 Hylan Blvd Auto LLC, 1239 Hylan Blvd Auto LLC, 2519 Hylan Blvd Auto LLC, 76 Fisk Street Realty LLC, 446 Route 23 Auto LLC and Island Auto Management, LLC.

<u>C YRULI  S HANKS</u>
C YRULI  S HANKS  &  Z IZMOR  LLP

 Further, on October 15, 2024 Superb Motors Inc. ("Superb") in the Deo Action sought an extension of time to respond to the Complaint because the Consolidation Motion, which remains pending, if granted, may obviate the need for a response to the Complaint. On October 16, 2024 this Court granted Superb's request, extending the time to respond *sine die* pending resolution of the Consolidation Motion. On October 8, 2024 this Court granted the Defendants in the Deo Action until December 2, 2024 to respond to the Complaint in the Deo Action. As the Defendants herein also seek to consolidate the two cases, and the Consolidation Motion, which remains pending, if granted, may obviate the need for the Defendants' response to the Complaint, Defendants respectfully request an extension of time to respond *sine die* pending resolution of the Consolidation Motion.

 We thank the Court for its consideration in this regard.

         Respectfully yours,

         <u>*/s/ Jeffrey C. Ruderman*</u>
         Jeffrey C. Ruderman

ATTORNEYS AT LAW
420 L EXINGTON  A VENUE , N EW  Y ORK , N EW  Y ORK  10170
T EL : (212) 661-6800 • F AX : (212) 661-5350