Michael E. Sims
ZEICHNER ELLMAN & KRAUSE LLP
730 Third Avenue
New York, New York 10017
(212) 223-0400
msims@zeklaw.com

*Attorneys for Defendant, Nissan Motor Acceptance Company LLC, d/b/a NMAC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE, MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; and NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE AUTO LLC,<br><br>          Plaintiffs,<br><br>    - against -<br><br>RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC., d/b/a/ BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC, a/k/a/ ISLAND AUTO GROUP OF NY LLC, d/b/a/ ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC., d/b/a/ TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP, d/b/a/ CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC, d/b/a/ NMAC, JP MORGAN CHASE BANK N.A., a/k/a/ JP MORGAN CHASE & CO., a/k/a/ CHASE BANK N.A., d/b/a/ CHASE BANK, CYRULI, SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,<br><br>          Defendants. | **Case No.:** 24-cv-06903-JMW<br><br><br><br><br><br><br><br><br><br><u>**RULE 7.1 STATEMENT**</u> |

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule of Civil Procedure 7.1.1, Zeichner Ellman & Krause LLP, counsel of record for Defendant, Nissan Motor Acceptance Company LLC, d/b/a NMAC ("NMAC"), hereby discloses the following organizational interests:

NMAC is a Delaware limited liability company converted from, and formerly known as, Nissan Motor Acceptance Corporation, a California corporation. NMAC is a wholly-owned subsidiary of Nissan North America, Inc. ("NNA"), with NNA as its sole member. NNA is a Delaware corporation and a wholly-owned subsidiary of Nissan Motor Co., Ltd ("NML"), a publicly-traded Japanese corporation. Renault S.A., a publicly-traded French corporation, owns more than 10% of NML.

Dated: New York, New York
October 24, 2024

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Michael E. Sims\_\_\_\_
Michael E. Sims, Esq.
730 Third Avenue
New York, New York 10017
(212) 223-0400
msims@zeklaw.com

*Attorneys for Defendant, Nissan Motor Acceptance Company LLC, d/b/a NMAC*

To: All Appearing Parties by ECF