# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Brett A. Scher
Bscher@kaufmandolowich.com

October 28, 2024

**VIA ECF**
Hon. James W. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

        Re:    **Deo, et. al. v. Baron, et. al.**
                 **Case No. 2:24-cv-6903**
                 **KD File No.: 302616-0002**

Dear Judge Wicks:

      Kaufman Dolowich LLP has been retained to represent defendant Cyruli Shanks & Zizmor LLP in the above-captioned matter. Enclosed please find a Consent to Change Attorneys Form signed by the undersigned and outgoing counsel/the client – Cyruli Shanks & Zizmor LLP as well as Declaration in Support.

      Our substitution into the case will not delay or impact any of the pending court-imposed deadlines.

      We would respectfully request that Your Honor "so order" the Substitution at your earliest convenience. We thank the Court for its time and consideration.

                                      Very truly yours,

                                      Kaufman Dolowich, LLP

                                      Brett A. Scher, Esq.

Enclosure