UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC, SARA DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and NORTHSHORE MOTOR LEASING, LLC and 189 SUNRISE HWY AUTO, LLC,

                                  Plaintiffs,

    -against-

RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC. d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC a/k/a ISLAND AUTO GROUP OF NY LLC a/k/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP a/k/a CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A. a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK N.A. d/b/a CHASE BANK, CYRULI SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,

                                Defendants.
-----------------------------------------------------------------X

Case No.: 24-cv-6903 (JMW)

**CONSENT SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel and upon the annexed declaration of Jeffrey C. Ruderman in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, with the approval of defendants Cyruli Shanks & Zizmor LLP, and subject to the approval of the Court, the law firm of Kaufman Dolowich LLP is hereby substituted in place of the law firm of Cyruli Shanks & Zizmor LLP as counsel of record for Cyruli Shanks & Zizmor LLP as defendants in the above-captioned case.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing and other filings in this matter should be served upon the undersigned incoming counsel.

Dated: October 8, 2024

| KAUFMAN DOLOWICH LLP | CYRULI SHANKS & ZIZMOR LLP |
|---|---|
| By: _____ <br> Brett A. Scher <br> 135 Crossways Park Drive-Suite 201 <br> Woodbury, New York 11797 <br> Tel (516) 283-8705 <br> mheller@gsblaw.com | By: _____ <br> Jeffrey C. Ruderman <br> 420 Lexington Avenue-Suite 2320 <br> New York, New York 10170 <br> Tel (212) 661-6800 <br> jruderman@cshzlaw.com |
| Defendant Cyruli Shanks & Zizmor LLP <br> Incoming Counsel | Defendant Cyruli Shanks & Zizmor LLP <br> Outgoing Counsel |

**SO ORDERED:**

_____
HON. JAMES M. WICKS, U.S.M.J.