**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY DEO INDIVIDUALLY AND AS SHAREHOLDER/MEMBER OF NORTHSHORE MOTOR LEASING LLC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BARON, ET AL., <br><br> Defendants. | Case No.: 24-cv-06903-JMW |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT CITRIN COOPERMAN & COMPANY, LLP**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Citrin Cooperman & Company, LLP, a private non-governmental party, certifies that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: November 7, 2024
       New York, New York

Respectfully submitted,

VEDDER PRICE P.C.

By: /s/ *Daniel C. Green*
    Daniel C. Green
    dgreen@vedderprice.com
    Courtney M. Brown
    cmbrown@vedderprice.com
    1633 Broadway, 31st Floor
    T: +1 212 407 7700
    F: +1 212 407 7799

*Attorneys for Defendant Citrin Cooperman & Company LLP*