UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC, et al.,

                Plaintiffs,

-against-

RONALD BARON, et al.,

                Defendants.

-----------------------------------------------------------------------X

**STIPULATION**

Civ. Case No. 2:24-cv-06903

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT RICHARD, WITT & CHARLES, LLP

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Richard, Witt & Charles, LLP, a private non-governmental party, certifies that it has no parent corporation and that no publicly held corporation owns more than ten percent or more of its stock.

Dated: Purchase, New York
       November 8, 2024

                              MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

                              By: /s/ Conor V. McDonald
                                   Conor V. McDonald, Esq.
                                 *Attorneys for Defendant*
                                 *Richard, Witt & Charles, LLP*
                                 100 Manhattanville Road, Suite 4E20
                                 Purchase, New York 10577
                                 (914) 687-8700
                                 cmcdonald@milbermakris.com