Samuel L. Butt
Partner

212 344-5400
sbutt@schlamstone.com

Schlam Stone & Dolan LLP
26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

November 15, 2024

**BY ECF**
Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re:   *Deo v. Baron*, Case No. 2:24-cv-06903
      Letter Motion Seeking Extension of Time To Respond to Complaint

Dear Judge Wicks:

This law firm was recently retained to represent defendant Bruce Novicky in the above-referenced action. We write to request an extension of Mr. Novicky's time to respond to the Complaint in this matter, to December 17, 2024. The request is necessary because we were recently retained and need the time to evaluate Plaintiffs' 183 page and 599 paragraph Complaint. Plaintiffs' counsel has consented to this request. This is Mr. Novicky's first request for an extension of time to respond to the Complaint.

Respectfully submitted,

Samuel L. Butt

cc:   All counsel (by ECF)