UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 Index No. 615683/24 SUNRISE HWY AUTO LLC, SARA DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and NORTHSHORE MOTOR LEASING, LLC and 189 SUNRISE HWY AUTO, LLC,<br><br>                            Plaintiffs,<br><br>                       v.<br><br>RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC. d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC a/k/a ISLAND AUTO GROUP OF NY LLC a/k/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP a/k/a CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A. a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK N.A. d/b/a CHASE BANK, CYRULI SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,,<br><br>                            Defendants. | Case No.<br>24-CV-06903 – (NJC)(JMW)<br><br>**CONSENT TO REMOVAL** |

Defendant Bruce Novicky hereby consents to, authorizes, and joins in the removal of this action from the New York State Supreme Court, Nassau County, to this Honorable Court.

DATED:    New York, New York
          November 14, 2024

**SCHLAM STONE & DOLAN LLP**

By:  \_/s/ Samuel L. Butt_____
      Samuel L. Butt

26 Broadway, 19th Floor
New York, New York  10004
Tel: (212) 344-5400
Email: sbutt@schlmastone.com
*Attorneys for Defendant Bruce Novicky*

TO:  All counsel via ECF


(Via Regular Mail)

Michael Morgan
65-07 Admiral Drive
Middle Village, NY 11379

Parmeshwar Bissoon
11516 120th St.
South Ozone Park, NY 11420