UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DEO INDIVIDUALLY AND AS SHAREHOLDER/MEMBER OF NORTHSHORE MOTOR LEASING LLC, *ET AL*,<br><br>                Plaintiffs,<br><br>        -against-<br><br><br>RONALD BARON, *ET AL*,<br><br>                Defendants. | Case No.: 24-cv-06903-(NJC) (JMW) |

## **CORPORATE DISCLOSURE STATEMENT OF ALLY FINANCIAL INC.**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certifies that Ally Financial Inc. is a non-governmental corporate party, there is no parent corporation, and there is no publicly-held corporation owning ten (10%) percent or more of its stock.

Dated: November 18, 2024                                  Respectfully Submitted,

**REED SMITH LLP**

By: /s/ *Perry A. Napolitano*
Perry A. Napolitano
225 Fifth Avenue, Suite 1200
Pittsburgh, Pennsylvania, 15222
Email: pnapolitano@reedsmith.com
*Counsel for Defendant Ally Financial Inc.*