UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTHONY DEO individually and as a shareholder/member
of NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE HWY AUTO LLC, SARA DEO individually
and as a shareholder/member of NORTHSHORE MOTOR
LEASING LLC and NORTHSHORE MOTOR LEASING,
LLC and 189 SUNRISE HWY AUTO, LLC,

Case No.: 24-cv-6903 (AYS)

                              Plaintiffs,

      -against-

**NOTICE OF APPEARANCE**

RONALD BARON, JOSHUA AARONSON, JORY
BARON, MARCELLO SCIARRINO, DANIEL
O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN,
IRIS BARON, RAYMOND PHELAN, ASAD KHAN,
ESTATE OF DAVID BARON, BARON NISSAN INC.
d/b/a BARON NISSAN, ISLAND AUTO GROUP OF
NEW YORK LLC a/k/a ISLAND AUTO GROUP OF
NY LLC a/k/a ISLAND AUTO GROUP, ROBERT
ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL
MORGAN, PARMESHWAR BISSOON, SUPERB
MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS,
WITT & CHARLES, LLP, CITRIN COOPERMAN &
COMPANY LLP a/k/a CITRIN COOPERMAN,
NEXTGEAR CAPITAL INC., ALLY FINANCIAL
INC., NISSAN MOTOR ACCEPTANCE COMPANY
LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A.
a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK
N.A. d/b/a CHASE BANK, CYRULI SHANKS &
ZIZMOR, LLP, MILMAN LABUDA LAW GROUP,
PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE
ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE
DOES 1-20, JOHN DOE CORPORATIONS 1-20,
and NEW YORK STATE DEPARTMENT OF
MOTOR VEHICLES,

                             Defendants.
------------------------------------------------------------------------X

**CORPORATE DISCLOSURE
STATEMENT OF BARON NISSAN, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

BARON NISSAN, INC., hereby certifies that it is a nongovernmental corporate party, is a non-publicly traded New York State corporation with no corporate parent.

Dated: New York, New York
November 18, 2024

**CYRULI SHANKS & ZIZMOR LLP**

__/s_Russell Shanks_____
Russell Shanks, Esq.
420 Lexington Avenue, Suite 2320
New York, NY 10170
(212) 661-6800 (office)
(212) 661-5350 (facsimile)
rshanks@cszlaw.com

*Attorneys for Defendants*
*Ronald Baron, Joshua Aaronson, Jory Baron, Marcello Sciarrino, Daniel O'Sullivan, Brian Chabrier, Wendy Kwun, Iris Baron, Raymond Phelan, Asad Khan, Estate Of David Baron, Baron Nissan Inc. d/b/a Baron Nissan and Island Auto Group Of New York LLC a/k/a Island Auto Group Of NY LLC a/k/a Island Auto Group*