Hayly A. Mickles, Esq. (Attorney ID #6134944)
SHERMAN ATLAS SYLVESTER & STAMELMAN LLP
1185 Avenue of the Americas, 2nd Floor
New York, New York 10036
(212) 763-6464
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

|  |  |
|---|---|
| ANTHONY DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC, SARA DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and NORTHSHORE MOTOR LEASING, LLC and 189 SUNRISE HWY AUTO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC. d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC a/k/a ISLAND AUTO GROUP OF NY LLC a/k/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP a/k/a CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A. a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK N.A. d/b/a CHASE BANK, CYRULI SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE | **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**<br><br>Case No.: 2:24-cv-6903<br><br><br><br>**NOTICE OF APPEARANCE** |

|  |
|---|
| ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHNM DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,<br><br>                                          Defendants. |

**PLEASE TAKE NOTICE** that Hayly A. Mickles, Esq., of the law firm of Sherman Atlas Sylvester & Stamelman LLP, enters an appearance on behalf of defendant JPMorgan Chase Bank, N.A. in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at hmickles@shermanatlas.com.

Respectfully Submitted,

By:  /s/ Hayly A. Mickles
       Hayly A. Mickles

DATED: November 18, 2024

4893-6614-0652, v. 1

4452834v1