UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DEO INDIVIDUALLY AND AS SHAREHOLDER/MEMBER OF NORTHSHORE MOTOR LEASING LLC, et. al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>RONALD BARON, *et. al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 24 Civ. 6903 (JMW)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that upon the annexed declaration of Matthew B. Meisel in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned moves this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Matthew B. Meisel, an associate of the firm of Reed Smith LLP and a member in good standing of the bar of the State of New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for defendant Ally Financial Inc. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: New York, NY
　　　　November 19, 2024

**REED SMITH LLP**

By:　*/s/ Matthew B. Meisel*
　　　　Matthew B. Meisel

599 Lexington Avenue
New York, NY 10022
Tel.:　(212) 549-4721
Email: mmeisel@reedsmith.com

*Attorneys for Defendant Ally Financial Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, I electronically filed the foregoing with the Clerk of the Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: New York, NY
       November 19, 2024

**REED SMITH LLP**

By:   */s/ Matthew B. Meisel*
      Matthew B. Meisel

599 Lexington Avenue
New York, NY 10022
Tel.: (212) 549-4721
Email: mmeisel@reedsmith.com

*Attorneys for Defendant Ally Financial Inc.*