UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DEO INDIVIDUALLY AND AS SHAREHOLDER/MEMBER OF NORTHSHORE MOTOR LEASING LLC, et. al.,<br><br>        Plaintiffs,<br><br> -against-<br><br>RONALD BARON, *et. al.*,<br><br>        Defendants. | Case No. 24 Civ. 6903 (JMW)<br><br>**DECLARATION OF MATTHEW B. MEISEL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. I am an associate with the law firm of Reed Smith LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of New York.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony, censured, suspended, disbarred, denied admission or readmission by any court.

6. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant Ally Financial Inc.

Dated: New York, NY
   November 19, 2024

                    **REED SMITH LLP**

                    By: */s/ Matthew B. Meisel*
                        Matthew B. Meisel