UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY DEO INDIVIDUALLY AND AS SHAREHOLDER/MEMBER OF NORTHSHORE MOTOR LEASING LLC, et. al.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>RONALD BARON, *et. al.*,<br><br>        Defendants. | Case No. 24 Civ. 6903 (JMW)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of Matthew B. Meisel, ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New York, and is licensed to practice before all state courts in said jurisdiction, and that his contact information is as follows:

> Matthew B. Meisel, Esq.
> Reed Smith LLP
> 599 Lexington Avenue
> New York, NY 10022
> Tel.:   (212) 549-4721
> Email: mmeisel@reedsmith.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Ally Financial Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
      November _____, 2024

                                                                _____
                                                                United States District / Magistrate Judge