

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

December 12, 2024

Honorable Nursat Jahan Choudhury
United States District Court Judge for the Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza, Courtroom 1040
Central Islip, New York 11722-9014

    Re:  *Deo et al v. Baron et al*
          24-CV-06903-JMW

Your Honor:

    I am the Assistant Attorney General assigned to handle the above-referenced matter on behalf of Defendant New York State Department of Motor Vehicles. Plaintiff has agreed to discontinue this action as against the Defendant New York State Department of Motor Vehicles. To that end, the parties are filing this executed stipulation of discontinuance and respectfully request the Court to so-order it.

                                                      Respectfully submitted,

                                                      */s/ Valerie Singleton*
                                                      Valerie Singleton
                                                      Assistant Attorney General in Charge
                                                      200 Old Country Road, Suite 240
                                                      Mineola, New York 11501

cc:    Harry R. Thomasson, Esq.67
        3280 Sunrise Highway
        Box 112
        Wantagh, NY 11793
        Attorney for Plaintiff