**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ANTHONY DEO individually and as shareholder/member of
NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE HWY AUTO LLC; SARA DEO individually
and as shareholder/member of NORTHSHORE, MOTOR
LEASING LLC and 189 SUNRISE HWY AUTO LLC; and
NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE
AUTO LLC,

          Plaintiffs,

    -against-

RONALD BARON, JOSHUA AARONSON, JORY BARON,
MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN
CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND
PHELAN, ASAD KHAN, ESTATE OF DAVID BARON,
BARON NISSAN INC., d/b/a BARON NISSAN, ISLAND
AUTO GROUP OF NEW YORK LLC, a/k/a ISALND AUTO
GROUP OF NY LLC, d/b/a ISAND AUTO GROUP, ROBERT
ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL
MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS
INC., d/b/a TEAM AUTO DIRECT, RICHARDS, WITT &
CHARLES, LLP, d/b/a CITRIN COOPERMAN, NEXTGEAR
CAPTIAL INC., ALLY FINACIAL INC., NISSAN MOTOR
ACCEPTANCE COMPANY LLC, d/b/a NMAC, JP MORGAN
CHASE BANK N.A., a/k/a JP MORGAN CHASE & CO., a/k/a
CHASE BANK N.A., d/b/a CHASE BANK, CYRULI, SHANKS
& ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC,
JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS
1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE
CORPORATIONS 1-20, and NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES,

          Defendants.

**Case No.:** 24-cv-06903-JMW

**STIPULATION AND ORDER**
**OF DISCONTINUANCE**
**WITHOUT PREJUDICE**

---

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of

record for the Plaintiff parties and Defendant party, New York State Department of Motor Vehicles, the

above proceeding and any and all cross-claims and counterclaims, if any, be and the same is, hereby

discontinued, without prejudice and without costs or disbursements to either party as against the other.

This stipulation may be filed with the Clerk of the Court without further notice.

Dated:  November 14, 2024

HARRY R. THOMASSON
*Attorney for the Plaintiffs*

By: _____
Harry R. Thomasson
3280 Sunrise Highway
Box 112
Wantagh, NY 11793
Telephone: (516) 557-5459

LETITIA JAMES
*Attorney for Defendant*, New York
State Department of Motor Vehicles

By: *Valerie Singleton*
Valerie Singleton
Assistant Attorney General in Charge
Nassau Regional Office
200 Old Country Road, Suite 240
Mineola, NY 11501
Telephone: (516) 248-3302

SO ORDERED:

_____
HON. NURSAT JAHAN CHOUDHURY