**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ANTHONY DEO INDIVIDUALLY AND
AS SHAREHOLDER/MEMBER OF
NORTHSHORE MOTOR LEASING LLC,
ET AL.,

               Plaintiffs,

      v.

RONALD BARON, ET AL.,

               Defendants.

Case No.: 24-cv-06903-JMW

---

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs (1) Anthony Deo, individually and as a shareholder/member of Northshore Motor Leasing LLC and 189 Sunrise Hwy Auto LLC, (2) Sara Deo, individually and as a shareholder/member of Northshore Motor Leasing LLC and 189 Sunrise Hwy Auto LLC, (3) Northshore Motor Leasing LLC and (4) 189 Sunrise Hwy Auto LLC (collectively, "<u>Plaintiffs</u>"), hereby give notice that the above-captioned action is voluntarily dismissed against Defendant Citrin Cooperman & Company LLP, with prejudice and with each party to bear its own costs, expenses, and fees (including attorneys' fees).

Respectfully submitted,

Dated: December 30, 2024

HARRY R. THOMASSON, ESQ.

By: /s/ *Harry R. Thomasson*
    Harry R. Thomasson
    3280 Sunrise Highway, Box 112
    Wantagh, New York 11793
    Tel. 516-557-5459
    hrtatty@verizon.net

*Attorney for Plaintiffs*