# CYRULI SHANKS

CYRULI SHANKS & ZIZMOR LLP

Jeffrey C. Ruderman
email: jruderman@cszlaw.com
Admitted NY, NJ and CT

January 24, 2025

Via ECF

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722-4438

    Re:    Deo, et. al. v. Baron, et. al., Case No. 2: 24-cv-6903 (NJC)(JMW)

Dear Magistrate Judge Wicks:

    This firm represents defendants Ronald Baron, Joshua Aaronson, Jory Baron, Marcello Sciarrino, Daniel O'Sullivan, Brian Chabrier, Wendy Kwun, Iris Baron, Raymond Phelan, Asad Khan, Estate Of David Baron, Baron Nissan Inc. d/b/a Baron Nissan and Island Auto Group of New York LLC a/k/a Island Auto Group of NY LLC a/k/a Island Auto Group.

    Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, we respectfully move to be relieved as counsel for Ronald Baron, Joshua Aaronson, Jory Baron, Marcello Sciarrino, Daniel O'Sullivan, Brian Chabrier, Wendy Kwun, Iris Baron, Raymond Phelan, Asad Khan, Estate Of David Baron, and Island Auto Group of New York LLC A/K/A Island Auto Group of NY LLC A/K/A Island Auto Group, and be substituted by the firm of Scahill Law Group, P.C. We will continue to represent defendant Baron Nissan Inc. d/b/a Baron Nissan. Annexed hereto is a supporting declaration and signed proposed consent Order.

    We thank the Court for its consideration in this regard.

                                                                    Respectfully yours,

                                                                */s/ Jeffrey C. Ruderman*
                                                                 Jeffrey C. Ruderman