UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
ANTHONY DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC, SARA DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and NORTHSHORE MOTOR LEASING, LLC and 189 SUNRISE HWY AUTO, LLC,

        Plaintiffs,

-against-

RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC. d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC a/k/a ISLAND AUTO GROUP OF NY LLC a/k/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP a/k/a CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A. a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK N.A. d/b/a CHASE BANK, CYRULI SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,

        Defendants.
-------------------------------------------------------------------------X

Case No.: 24-cv-6903 (NJC)(JMW)

**DECLARATION OF JEFFREY C. RUDERMAN IN SUPPORT OF MOTION FOR SUBSTITUTION OF COUNSEL**

    Pursuant to 28 U.S.C. 1746(2), Jeffrey C. Ruderman under hereby declares as follows:

1. I am a partner in the law firm of Cyruli Shanks & Zizmor LLP. I am an attorney admitted to practice in the Courts of the State of New York and am admitted to practice before this Court.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York in support of the Stipulation and Order of Substitution of Counsel, which seeks to substitute Scahill Law Group, P.C. as counsel of record in place of Cyruli Shanks & Zizmor LLP for defendants Ronald Baron, Joshua Aaronson, Jory Baron, Marcello Sciarrino, Daniel O'Sullivan, Brian Chabrier, Wendy Kwun, Iris Baron, Raymond Phelan, Asad Khan, Estate Of David Baron, and Island Auto Group of New York LLC A/K/A Island Auto Group of NY LLC A/K/A Island Auto Group (the "Requesting Defendants") in the above-captioned matter (the "Action"). The only party that our firm will continue to represent in the Action is Baron Nissan Inc. D/B/A Baron Nissan,

3. The reason for this substitution is that the Requesting Defendants have requested that Scahill Law Group, P.C. represent them going forward in the Action.

4. The substitution is on consent of outgoing counsel.

5. On September 4, 2024, Plaintiff filed a Verified Complaint in the Supreme Court of the State of New York, Nassau County, against defendant Cyruli Shanks & Zizmor LLP and the other defendants in the Action.

6. On September 30, 2024, the firm of Cyruli Shanks & Zizmor LLP, on its own behalf and other defendants it represented, removed the Action to this Court.

7. This Court has granted Plaintiffs until January 31, 2025 to amend their complaint.

8. The Requesting Defendants have requested, and obtained, an Order of this Court granting them until April 1, 2025 to respond to the Complaint.

9. There are no other pending matters in the Action.

10. Incoming counsel will be prepared to respond to the Complaint by April 1, 2025. It is not anticipated that the proposed substitution will cause any undue delay or in any way prejudice Plaintiffs in the Action.

11. Cyruli Shanks & Zizmor LLP, as counsel, will not be asserting any charging liens.

12. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2025
      New York, New York

By: _____
     Jeffrey C. Ruderman, Esq.