# EXHIBIT D

Amount:     $10,000.00

Account:    483082609486

Bank Number: 02100032

Sequence Number: 8092340969

Capture Date:   03/16/2021

Check Number:  1002

---

**1002**

**NORTHSHORE FUNDING AND MANAGEMENT LLC**

1-32/210 NY
29904

DATE _02/12/2021_

PAY TO THE ORDER OF _David Beron_    $ _10,000_

_Ten thousand dollars_ 00/00

DOLLARS

**BANK OF AMERICA**

ACH R/T 011000022

FOR _Purchase of Sunrise Auto Outlet_

⑈001002⑈ ⑆021000322⑆ 483082609486⑈

---

for deposit only

---

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 03/16/2021 | 1070574662 | 74909962 | Rtn Loc/BOFD | Y | | JPMorgan Chase Bank |
| 03/16/2021 | 008092340969 | 111012822 | Pay Bank | N | | Bank of America NA |

| Amount: | $10,000.00 | Sequence Number: | 8292842909 |
|---|---|---|---|
| Account: | 483082609486 | Capture Date: | 03/18/2021 |
| Bank Number: | 02100032 | Check Number: | 1003 |

1003

**NORTHSHORE FUNDING AND MANAGEMENT LLC**

1-32/210 NY
29904

DATE _02/12/2021_

PAY
TO THE
ORDER OF _Joshua Aaronson_                    $ _10,000_

_Ten thousand dollars_ 00/100                         DOLLARS

Photo Safe Deposit Debit on cash

BANK OF AMERICA

ACH R/T 02100032

FOR _Purchase of Sunrise Rho Osset_                     BP

⑈00⑆003⑈ ⑈0210003⑆⑈ 483082609486⑈

JPMorganChaseBank 031801 000725 926700046300

ENDORSE HERE X

**Electronic Endorsements:**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/18/2021 | 8870799514 | 74909962 | Rtn Loc/BOFD | Y | | JPMorgan Chase Bank |
| 03/18/2021 | 008292842909 | 111012822 | Pay Bank | N | | Bank of America NA |

Amount:  $10,000.00
Account:  483082609486
Bank Number: 02100032

Sequence Number: 4792792720
Capture Date:  03/16/2021
Check Number:  1004

---

NORTHSHORE FUNDING AND MANAGEMENT LLC

1004

1-32/210 NY
29904

DATE  02/12/2021

PAY TO THE ORDER OF  Brian Chabrior                    $ 10,000

Ten thousand dollars  00/00                    DOLLARS

BANK OF AMERICA

ACH R/T 021000322

FOR  Purchase of Sunrise Auto Outlet

⑈"001004"⑈  ⑆021000322⑆:  483082609486⑈"

---

5822713009481 143126  20210316 000000483082609486
TRN_DEBIT CANTIGU  10000.00
Old Brookville 0822 94004 5822 0006 0044

---

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 03/16/2021 | 004792792720 | 111012822 | Pay Bank | N | | Bank of America NA |
| 03/16/2021 | 000000726170616 | 31201360 | Rtn Loc/BOFD | Y | | TD Bank National Ass |

Amount:        $10,000.00         Sequence Number: 9792348543

Account:       483082609486       Capture Date:     03/15/2021

Bank Number: 02100032             Check Number:     1005

---

**NORTHSHORE FUNDING AND MANAGEMENT LLC**                    1005

                                                    1-32/210 NY
                                                    29904

DATE    02/12/2021

PAY
TO THE        Tony Baron                            $ 10,000
ORDER OF

        Ten thousand dollars    00/100              DOLLARS   Photo Safe Deposit

**BANK OF AMERICA**

ACH R/T 021000322

FOR   Purchase of Sunrise Ado outfit                          JB

⑈001005⑈ ⑈021000322⑈ 483082609486⑈

---

JPMorganChaseBank w31505 000801 9275060071311

---

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 03/15/2021 | 3880049039 | 74909962 | Rtn Loc/BOFD | Y | | JPMorgan Chase Bank |
| 03/15/2021 | 009792348543 | 111012822 | Pay Bank | N | | Bank of America NA |

Amount: $10,000.00

Account: 483082609486

Bank Number: 02100032

Sequence Number: 8992209478

Capture Date: 03/24/2021

Check Number: 1006

---

**NORTHSHORE FUNDING AND MANAGEMENT LLC**

1006

1-32/210 NY
29004

DATE _02/12/2021_

PAY TO THE ORDER OF _Raymond Phelan_    $ _10,000_

_Ten thousand dollars_ 00/100    DOLLARS

BANK OF AMERICA

ACH W/T 021000322

FOR _Purchase of Sunrise Ab Oxent_

⑈001006⑈ ⑆021000322⑆ 483082609486⑈

---

JPMorganChaseBank 032406 000833 927250015260

x _____
for Deposit Only

---

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|-----------|-----|-----|-----------|
| 03/24/2021 | 8870994085 | 74909962 | Rtn Loc/BOFD | Y | | JPMorgan Chase Bank |
| 03/24/2021 | 008992209478 | 111012822 | Pay Bank | N | | Bank of America NA |