# EXHIBIT E



GLOBAL LACROSSE FOUNDATION
"LACROSSE FOR EVERYONE EVERYWHERE"

June 14, 2021

Terms of lease:

\*5 yr. lease w/option to renew.
\*Right of first refusal on sale of property
\*Lease is for complete use of building downstairs with exception of bathroom on eastern end of building.
\*In addition two upstairs offices on west of building are included in the lease.

 \*Complete use of property with exception of four corner spots on northeast end of parking lot or similar spots behind the building as agreed.

 \*Tenant will make all repairs to the building with the exception of any structural repairs needed such as roof and foundation as outlined in the lease.

 \*Lease will begin July 1, 2021 and end on June 30,2026.

 \*Tenant will pay $9750 per month rent with an annual increase of $250.

 \*Landlord will pay all taxes, sewer and water.

GLOBAL LACROSSE FOUNDATION, 150 W. MAIN ST. SMITHVILLE OHIO 44677.
Thank you and we hope to see you at one of our worldwide tournaments!!

**Bruce Casagrande---Chairman**     1+516-807-4790 (**Laxforall@gmail.com**)

**June 16, 2021**

**COMMERCIAL SUBLEASE AGREEMENT**
**THIS SUBLEASE** dated this ___15TH____ day of JUNE 2021
**BETWEEN:**
TRUTH IN GAMES
(the "Sublandlord")
**OF THE FIRST PART- AND -**
GOLD COAST MOTORS OF SUNRISE LLC.
(collectively) the "Subtenant") **OF THE SECOND PART**
**Background**
  1. This is an agreement (the "Sublease") to sublet real property according to the terms specified below.
  2. The master lease (the "Master Lease") is dated December 4, 2017 and is between 189 SUNRISE CORP. (the "Landlord") and the Sublandlord with respect to the following lands and any improvements on those lands (the "Premises"): 189 SUNRISE HWY, AMITYVILLE, NY 11701.
  3.The Subtenant is willing to undertake certain obligations of the Master Lease.
**IN CONSIDERATION OF** the Sublandlord subletting and the Subtenant renting the Subleased
Premises, both parties agree to keep, perform and fulfill the promises, conditions and agreements below:
**Subleased Premises**
  4.The Sublandlord leases to the Subtenant the portion of the Premises (the "Subleased Premises") described as follows: Complete premises and building with exception of two upstairs rooms on East end of building and downstairs bathroom on east end of building. In addition four parking spots on northeast corner of lot or as otherwise agreed will be held for subtenant.
**Term**
  5. The term (the "Term") of this Sublease commences at 12:00 noon on July 1, 2021 and ends at 12:00 noon on June 30, 2026
  6. The provisions of this Sublease are subject to the terms and restrictions of the Master Lease.
**Rent**
  Subject to the provisions of this Sublease, the rent for the Subleased Premises is $9750.00 (the "Rent") per month. A grace period of 10 days will be included after which a fine of $100 may be imposed. Subtenant is said to be in default of lease after 30 days of non-payment.
5. The Subtenant will pay the Rent to the Sublandlord at 189 Sunrise Hwy, Amityville, NY 11701, or at such other place as the Sublandlord may later designate, on or before the First of each and every month. The subtenant is responsible for all utilities and garbage at the property. Sub Landlord is responsible for yearly taxes of property, water and sewer bill for property.
  A yearly increase of $250 per month will start on July 1, 2022 and run thru length of term.
**Use of Subleased Premises**
6. Except as otherwise provided in this Sublease, the Subtenant and the agents and employees of the Subtenant will only use the Subleased Premises for a purpose consistent with the permitted use allowed in the Master Lease. Further, the Subtenant agrees to comply with all other applicable provisions of the Master Lease and will not do anything that would constitute a violation of any part or condition of the Master Lease.
7. The Subleased Premises may also be used for the following purpose(s):
Two storage rooms upstairs.
**Utilities** 8. All payments for utilities and other charges connected with the Subleased Premises, which are to be paid by the Sublandlord under the Master Lease, will be paid by the Subtenant during the
Term of this Sublease.
**Maintenance and Repairs**
9. The Subtenant agrees to surrender and deliver to the Sublandlord the Subleased Premises and all furniture and decorations within the Subleased Premises in as good a condition as they were at the beginning of the Term, reasonable wear and tear excepted. The Subtenant will be liable to the Sublandlord and the Landlord for any damages occurring to the Subleased Premises or the
contents of the Subleased Premises or to the building which are done by the Subtenant or the

Case 3:14-cv-00063-AJC-JMH   Document 97-4   Filed 01/15/16   Page 4 of 8 PageID #: xxxx

Subtenant's guests.

· 10. The Subtenant will immediately report all general maintenance issues and needed repairs to the Sublandlord.

## Damage Deposit

11. The Subtenant agrees to pay to the Sublandlord a deposit of $14625 (1.5x rent) to cover damages and cleaning. (See Rider) The Sublandlord agrees that if the Subleased Premises and the contents in the Subleased Premises are returned to the Sublandlord in the same condition as when received by the Subtenant, reasonable wear and tear excepted, the Sublandlord will refund to the Subtenant the Deposit, or the amount remaining, at the end of the Term, or within 30 days thereafter. Any reason for retaining a portion of the Deposit will be explained in writing within 30 days to the Subtenant.

## Insurance

12. The Subtenant, at the expense of the Subtenant, will carry insurance similar to that required of the Sublandlord under the Master Lease. The Subtenant will include the Sublandlord and the Landlord as additional insured parties on all policies of insurance.

13. The Subtenant will provide proof of such insurance to the Sublandlord and the Landlord upon the issuance or renewal of such insurance.

## Alterations and Improvements

14. The Subtenant will have the same right to make such alterations and improvements to the Subleased Premises as the Sublandlord is allowed in the Master Lease.

15. Any alterations and improvements must comply with all applicable construction laws and regulations regarding property improvements.

16. The Subtenant will ensure that the Subleased Premises remain free and clear of any and all liens arising out of the work performed or materials used in making such improvements to the Subleased Premises.

## Taxes

17. The Subtenant will pay any privilege, excise and other taxes duly assessed against the business of the Subtenant, the Subleased Premises and any personal property on or about the Subleased Premises. The Subtenant will avoid the assessment of any late fees or penalties.

## Event of Default

18. The Subtenant will default under this Sublease if any one or more of the following events (the "Event of Default") occurs:

a. The Subtenant fails to pay the Rent to the Sublandlord or any amount of it when due or within any grace period, if any.

b. The Subtenant fails to perform any of its obligations under this Sublease or any applicable obligation under the Master Lease.

c. The Subtenant becomes insolvent, commits an act of bankruptcy, becomes bankrupt, takes the benefit of any legislation that may be in force for bankrupt or insolvent debtors, becomes involved in a voluntary or involuntary winding up, dissolution or liquidation proceeding, or if a receiver will be appointed for the affairs of the Subtenant.

d. The Subtenant abandons the Subleased Premises or any part of the Subleased Premises.

e. The Subtenant uses the Subleased Premises for any unpermitted or illegal purposes.

f. The Subtenant fails to commence, diligently pursue, and complete the Subtenant's work to be performed pursuant to this Sublease pertaining to the Subleased Premises.

g. The Subleased Premises, or any part of the Subleased Premises is completely or partially damaged by fire or another casualty that is due to the Subtenant's negligence, willful act, or that of the Subtenant's employee, family, agent, or guest.

h. Any other event of default provided in the Master Lease or the Act.

## Remedies

19. Upon the occurrence of any Event of Default, the Sublandlord has any or all of the following

remedies:

a. Terminate the Sublease upon the greater of any notice required in the Master Lease or the Act and the Term will then immediately become forfeited and void.

b. The Sublandlord may, but is not obligated to, perform on behalf of the Subtenant, any obligation of this Sublease or the Master Lease which the Subtenant has failed to perform. The Sublandlord may seek redress from the Subtenant for such performance.

c. The Sublandlord may reenter the Subleased Premises or any part of the Subleased Premises and in the name of the whole repossess and enjoy the same as of its former state anything contained within the Subleased Premises.

d. Any other remedy provided in the Master Lease or the Act.

20. No reference to or exercise of any specific right or remedy by the Sublandlord will prejudice or preclude the Sublandlord from any other remedy whether allowed at law or in equity or expressly provided for in this Sublease or the Master Lease. No such remedy will be exclusive or dependent upon any other such remedy, but the Sublandlord may from time to time exercise any one or more of such remedies independently or in combination.

21. Upon the expiration, termination or cancellation of the Master Lease or this Sublease, all obligations of the parties under this Sublease will be extinguished.

22. Any improvements remaining on the Subleased Premises upon termination will revert to the Sublandlord and will be free of any encumbrance at the time of such reversion.

**Surrender of Premises**

23. At the expiration of the Term of this Sublease, the Subtenant will quit and surrender the Premises in as good a state and condition as they were at the commencement of this Lease, reasonable use and wear and damages by the elements excepted.

*Commercial Sublease Agreement* Page 5 of 9

**Governing Law**

24. It is the intention of the parties to this Sublease that the tenancy created by this Sublease and the performance under this Sublease, and all suits and special proceedings under this Sublease, be construed in accordance with and governed, to the exclusion of the law of any other forum, by the laws of New York, without regard to the jurisdiction in which any action or special proceeding may be instituted.

**Severability**

25. If there is a conflict between any provision of this Sublease and the applicable legislation of New York (the "Act"), the Act will prevail, and such provisions of the Sublease will be amended or deleted as necessary in order to comply with the Act. Further, any provisions that are required by the Act are incorporated into this Sublease.

26. In the event that any of the provisions of this Sublease will be held to be invalid or unenforceable in whole or in part, those provisions to the extent enforceable and all other provisions will nevertheless, continue to be valid and enforceable as though the invalid or unenforceable parts had not been included in this Sublease and the remaining provisions had been executed by both parties subsequent to the expungement of the invalid provision.

**Assignment and Subletting**

27. The Subtenant will not assign, transfer or further sublet the Subleased Premises or any part of the Subleased Premises without the prior written consent of the Sublandlord and the Landlord.

**Notices**

28. Unless otherwise specifically provided in this Sublease, all notices from the Subtenant to the Sublandlord will be served or sent to the Sublandlord at the following address:

189A SUNRISE HWY, AMITYVILLE, NY 11701.

30. All notices to be given under this Sublease will be in writing and will be served personally or sent by certified or registered mail using the United States Postal Service.

*Commercial Sublease Agreement* Page 6 of 9

**Master Lease**

31. Except as otherwise expressly provided in this Sublease, the Subtenant will perform all applicable duties and obligations of the Sublandlord under the Master Lease from July 1, 2021 until the end of the Term of this Sublease.

32. Except as otherwise expressly provided in this Sublease, the Sublandlord will have, as to the Subtenant, all applicable rights and remedies that the Landlord has with respect to the Sublandlord in the Master Lease.

33. This Sublease contains all of the conditions and terms made between the parties to this Sublease, and may not be modified orally or in any other manner other than by agreement in writing signed by all parties to this Sublease or their respective successors in interest.

34. This Sublease incorporates and is subject to the Master Lease, a copy of which has been or will be later provided to the Subtenant, and which is incorporated as if it were set out in this Sublease.

**General Provisions**

35. In the event of any legal action concerning this Sublease, the losing party will pay to the prevailing party reasonable attorney's fees and court costs to be fixed by the court and such judgment will be entered.

36. The Sublandlord may enter the Subleased Premises upon 24 hours' notice for any of the following reasons:

a. to inspect the Subleased Premises;

b. to maintain the Subleased Premises; or

c. to make repairs that the Sublandlord is obligated to perform.

37. This Sublease will extend to and be binding upon and inure to the benefit of the respective heirs, executors, administrators, successors and assigns, as the case may be, of each party to this Sublease. All covenants are to be construed as conditions of this Sublease.

38. All sums payable by the Subtenant to the Sublandlord under any provision of this Sublease will be deemed to be Additional Rent and will be recovered by the Sublandlord as rental arrears.

39. Where there is more than one Subtenant executing this Sublease, all Subtenants are jointly and severally liable for each other's acts, omissions and liabilities under this Sublease.

40. The Subtenant will be charged an additional amount of $25.00 for each N.S.F. check or check returned by the Subtenant's financial institution.

41. All schedules to this Sublease are incorporated into and form an integral part of this Sublease.

42. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Sublease. Words in the singular mean and include the plural and vice versa. Words in the masculine include the feminine and vice versa. The words "Sublandlord" and "Subtenant" as used in this Sublease include the plural as well as the singular; no regard for gender is intended by the language in this Sublease.

43. This Sublease may be executed in counterparts.

44. Time is of the essence in this Sublease.

45. The Sublandlord and the Subtenant have no interest or other rights of ownership in each other. The parties to this Sublease are not agents for each other. Under no circumstances will this Sublease be construed as creating a partnership or joint venture between the parties to this Sublease.

46. Each signatory to this Sublease acknowledges receipt of an executed copy of this Sublease.

47. This Sublease will not be valid and binding on the Sublandlord and Subtenant unless and until it has been completely executed by and delivered to both parties and the Landlord has consented to this Sublease.

**IN WITNESS WHEREOF** the Sublandlord and the Subtenant have duly affixed their signatures under hand and seal on this _____16TH_____ day of June  2021.

Case 2:14-cv-06952-AJC-ARH   Document 87-9   Filed 02/22/20   Page 7 of 8 PageID #: 1997

# NYS Department of State

# Division of Corporations

## Entity Information

The information contained in this database is current through February 19, 2021.

Selected Entity Name: GOLD COAST MOTORS OF SUNRISE LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | GOLD COAST MOTORS OF SUNRISE LLC |
| **DOS ID #:** | 5919236 |
| **Initial DOS Filing Date:** | JANUARY 15, 2021 |
| **County:** | NASSAU |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GOLD COAST MOTORS OF SUNRISE LLC
180 MICHAEL DRIVE
SYOSSET, NEW YORK, 11791

**Registered Agent**

NONE

This office does not require or maintain information
regarding the names and addresses of members or
managers of nonprofessional limited liability
companies. Professional limited liability companies
must include the name(s) and address(es) of the original
members, however this information is not recorded and
only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

TRUTH IN GAMES

_Bruce Casagrande_
PRINT

_[signature]_
SIGNATURE

6/15/21
DATE

GOLD  COAST MOTORS OF SUNRISE LLC.

_Anthony Deo_
PRINT

_[signature]_
SIGNATURE

6.15.21
DATE