# EXHIBIT Q



Attorney's Copy ______________________________

Name of Company
LIMITED LIABILITY COMPANY DETAILS

Feb as at 14, 2018

Date of Organization:

State of Organization: N.Y.

Principal Place of Business

Managing Members:

Operating Manager: David Baron

Secretary/Manager: Brian Chabrier

Treasurer/Manager: Asad Khan

Bank Accounts:

Fiscal Year:

Annual Meeting Date:

Attorney:

Accountant:

| Member: | Number of Units: |
|---|---|
| | |
| | |
| | |
| | |

**LOCATION OF CORPORATE RECORDS**

| RETAINED IN OFFICE | FORWARDED TO CLIENT | DATE/INITIALS |
|---|---|---|
| ☐ Minute book | ☐ | |
| ☐ Unit Certificate book | ☐ | |
| ☐ Unit Ledger | ☐ | |
| ☐ Seal | ☐ | |

**File in office record book**

NORTHSHORE MOTOR LEASING LLC

**Membership Certificate**

This Certifies that _David Boren_

is a member of the above named Limited Liability Company and is entitled to the full benefits and privileges of such membership, subject to the duties and obligations, as more fully set forth in the Limited Liability Company Operating Agreement.

In Witness Whereof the Limited Liability Company caused this Certificate to be executed by its duly authorized members this _4th_ day of _Jan._, 20 _18_, and its Limited Liability Company seal to be hereunto affixed.

HUBCO, NEW YORK

From:Baron Nissan     516 621 2595     06/16/2020 17:02     #091 P.008/008



# NORTHSHORE MOTOR LEASING LLC

## Membership Certificate

NUMBER 3

This Certifies that _Asa Kohn_ is a member of the above named Limited Liability Company and is entitled to the full benefits and privileges of such membership, subject to the duties and obligations, as more fully set forth in the Limited Liability Company Operating Agreement.

In Witness Whereof the Limited Liability Company caused this Certificate to be executed by its duly authorized members this _4_ day of _Jan_ , 20 _18_ , and its Limited Liability Company seal to be hereunto affixed.

HUBCO, NEW YORK



## NORTHSHORE MOTOR LEASING LLC

### Membership Certificate

This Certifies that _Brian Chabrier_

is a member of the above named Limited Liability Company and is entitled to the full benefits and privileges of such membership, subject to the duties and obligations, as more fully set forth in the Limited Liability Company Operating Agreement.

In Witness Whereof the Limited Liability Company caused this Certificate to be executed by its duly authorized members this _14th_ day of _Jan_____, 20 _18_, and its Limited Liability Company seal to be hereunto affixed.

NUMBER 2

HUBCO, NEW YORK

  **CHASE** 

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. █████8825

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*
**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

_____     _____ 6/16/80
Member or Manager                                              Date
Printed Name: DAVID J BARON

_____     _____
Member or Manager                                              Date
Printed Name:

_____     _____
Member or Manager                                              Date
Printed Name:

_____     _____
Member or Manager                                              Date
Printed Name:

_____     _____
Member or Manager                                              Date
Printed Name:

_____     _____
Member or Manager                                              Date
Printed Name:

_____     _____
Member or Manager                                              Date
Printed Name:

_____     _____
Member or Manager                                              Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer

M1207-04-CS  (5/14 v2)        JPMorgan Chase Bank, N.A. Member FDIC        Page 2 of 2   



CONFIDENTIAL                                                        CHASE00140

# CHASE ○

## BUSINESS ACCOUNT REMOVE SIGNERS FORM

NAME OF BUSINESS   NORTHSHORE MOTOR LEASING LLC

BUSINESS ADDRESS  180 MICHAEL DR, SYOSSET, NY 11791-5328

BRANCH NAME AND NO.  GREENVALE NORTHERN - 3857          BANK NO.  802

INTEROFFICE MAILCODE  NY2-3857      PREPARED BY: NAME  JESSICA L FERARES

TAXPAYER ID NO.

BRANCH PHONE NO.  (516) 484-5005

DATE:  06/16/2020

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**
SARA Z DEO

**Account Numbers:**
9825          9988
5872          7977

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**
ANTHONY DEO

**Account Numbers:**
9825          9988
5872          977

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

## CERTIFICATION

The undersigned hereby certifies that the person(s) removed as authorized signers on the account(s) indicated above have been removed in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts.

For a Corporation or Unincorporated
Association or Organization:

For Sole Proprietorship:

For Partners / For Limited Liability Company:

For Government Entity:

Secretary _____ Date _____          Owner/Sole Proprietor _____ Date _____          Partner/Member/Manager _____ Date 6/10/20          Certifying Official _____ Date _____

JPMorgan Chase Bank, N.A.  Member FDIC

1

CONFIDENTIAL

CHASE00141

# CHASE ○

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
NORTHSHORE MOTOR LEASING LLC

**BUSINESS ADDRESS**
180 MICHAEL DR
SYOSSET, NY 11791-5328
United States/US Territories

| | |
|---|---|
| **ACCOUNT NUMBER** | ▮▮▮▮3825 |
| **ACCOUNT TYPE** | Chase Platinum Business Checking |
| **TAXPAYER ID NUMBER** | ▮▮▮▮▮▮ |
| **DATE OPENED** | 04/17/2018 |
| **FORM OF BUSINESS** | Limited Liability Company - Manager Managed (LLC) |
| **ISSUED BY** | JPMorgan Chase Bank, N.A. ( 802 ) |
| | Greenvale Northern - 3857 |
| | JESSICA L FERARES |
| | (516) 484-5005 |
| | 06/16/2020 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ▮▮▮▮ | NY | 11/01/2017 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BRIAN F CHABRIER | ▮▮▮▮ | Signer | 6/16/20 | _(signature)_ |
| DAVID J BARON | | Manager | 6/11/20 | _(signature)_ Signature on file |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CS 10817 (3/14 v2)



CONFIDENTIAL

CHASE00138

CONFIDENTIAL



**RICHARDS, WITT & CHARLES, LLP**
CERTIFIED PUBLIC ACCOUNTANTS

100 RING ROAD WEST • SUITE 108
GARDEN CITY, NEW YORK 11530
TEL: 516.741.0515 • FAX: 516.741.0586
www.rwccpas.com

June 18, 2020

Via Email

JP Morgan Chase Bank
Att: Javier Cruz

Mr. Cruz,

Our firm prepared the 2018 tax return for Northshore Motor Leasing LLC and have
been asked to verify the owners of the company. According to our records and as
shown on the return for 2018, the owners are David Baron, Brian Chabrier and Asad
Kahn, equal partners at 33.33% each.

Please feel free to reach out to me if you have any questions regarding the above
information.

Paul Charles, CPA