# EXHIBIT R

CHASE00133

# BUSINESS ACCOUNT ADD SIGNERS FORM

**CHASE** ◻

NAME OF BUSINESS  NORTHSHORE MOTOR LEASING LLC

TAXPAYER ID NO.

BUSINESS ADDRESS  180 MICHAEL DR, SYOSSET, NY 11791-5328

BRANCH NAME AND NO.  SYOSSET - 318

BANK NO.  802

BRANCH PHONE NO.  (516) 496-3251

INTEROFFICE MAILCODE  NY2-0318

PREPARED BY: NAME  RAJNI KHANNA

DATE:  11/08/2018

## Name of the Signer to Add

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**MR David J Baron**

| | Title | | | |
|---|---|---|---|---|
| | SIGNER | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | FL | 01/29/2015 | 06/24/2023 |
| 2) None | | | | |

**Signature** _[signature]_   **Date** 11/8/18

Account Numbers:  9988  7977

## Name of the Signer to Add

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| | Title | | | |
|---|---|---|---|---|

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|

**Signature**   **Date**

Account Numbers:  99825  5872

## Name of the Signer to Add

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| | Title | | | |
|---|---|---|---|---|

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|

**Signature**   **Date**

Account Numbers:

## CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers on record as authorized signers on the account(s), the names, titles and signatures are correct.

**For a Corporation or Unincorporated Association or Organization:**

Secretary _____  Date _____

**For Sole Proprietorship:**

Owner/Sole Proprietor _____  Date _____

**For Partnership or Limited Liability Company:**

Partner/Member/Manager _[signature]_  Date 11/8/18

**For Government Entity:**

Certifying Official _[signature]_  Date 11/08/18

JPMorgan Chase Bank, N.A. Member FDIC



1

Scan ◻