# EXHIBIT S

Case 2:24-cr-00000-XXX-XXXX   Document XX-XX   Filed XX/XX/XX   Page 2 of 3 PageID #: XXXX

# NASSAU COUNTY POLICE DEPARTMENT
## CASE REPORT
### Case Folder Number: 2022CR410174

| CASE DATA | |
|---|---|
| Reported As: LARCENYRPT - Larceny report | |
| Reporting Officer: 9618 - Marx, Eric M | Command: 2SQ |
| Reported On: 11/19/2022 @ 0930 | Reporting Agency: NASSAU COUNTY POLICE DEPARTMENT |
| Occurred On: 11/18/2022 @ 0800   (Friday) | |
| Incident Location:<br>180 Michael Dr<br>Syosset, NY | Detective Assigned: 9618 - Marx, Eric M |
| Precinct of Incident: 2nd Precinct | Post of Incident: 212 |

| OFFENSE(S) | | | |
|---|---|---|---|
| Offense: PL 110/155.40 1 - ATTEMPTED GRAND LARCENY 2ND: PROP MORE THAN $50: 000 | | Class: D | Category: Felony |
| Location Type: Auto Dealership New/Used | | Hate/Bias: None (No Bias) | |

| SUSPECT(S) | | |
|---|---|---|
| Name: Aaronson, Joshua | | Age: 40 |
| Sex: Male | Race: White | Ethnicity: Non Hispanic or Latino |

| VICTIM(S) | | | |
|---|---|---|---|
| Name: Deo, Anthony | DOB: 03/16/1977 | Age: 45 | Deposed: No |
| Sex: Male | Race: Unknown | Ethnicity: Non Hispanic or Latino | |
| Victim Type: Individual | | | |
| Victim Of:   1. PL 155.40 01 - GRAND LARCENY 2ND: PROP MORE THAN $50: 000 - All Other | | | |

**Contact Information**

    **Address**

    Other: 180 Michael Dr Syosset, NY

**Residency**

    Nassau County Resident: Resident

| PROPERTY | |
|---|---|
| Description: wire transfer from bank account | Count: 1 |
| Property Status: Both Stolen And Recovered (Also Used To Update Prev. Stolen) | Value: $735,000.00 |

### NARRATIVE

Victim Anthony Deo did respond to the 2nd Precinct Stationhouse to report a theft of $735,000 US Dollars from his bank account by an unauthorized user, believed to be subject Joshua Aaronson. Det. Marx investigating.

Case 2:24-cv-06659-AJC-JMW   Document 81-19   Filed 01/31/25   Page 3 of 3 PageID #: 1481

# Nassau County Police Department
## VICTIM'S REPORT
Case Folder Number: 2022CR410174

### *INCIDENT INFORMATION*

**Case Report Number:** 2022CR410174

**Reported On:** 11/19/2022 @ 0930

**Occurred On:** 11/18/2022 @ 0800   (Friday)

**Incident Location:** 180 Michael Dr Syosset, NY

**Classification:** GRAND LARCENY 2ND: PROP MORE THAN $50: 000

### *VICTIM INFORMATION*

**Name:** Deo, Anthony

**Sex:** Male

**Contact Information**

    **Address**

    Other: 180 Michael Dr Syosset, NY

**DOB:** 03/16/1977

**Race:** Unknown