# EXHIBIT V

Case 2:24-cr-06003-SAB-JAG    Document 87-23    Filed 01/21/25    Page 1 of 2 PageID #: 1456







**Kevin Sales** >

Thu, Nov 2 at 3:08 PM

Worked together for 2 years now, stuck with you through all the bullshit & turns out you were the one behind it? Had me fooled lol. Another year I'm struggling because of this, all good though I'll get my get back. Oh & you owe Jeremy 10k left a kid with no money & didn't pay off his car real low of you Marc & Dwight you best believe if I catch y'all on the street I'm popping on y'all