# EXHIBIT W



Josh Aaronson >

Fri, Nov 18 at 2:47 PM

Anthony- unfortunately, this is about to get very ugly.