# EXHIBIT Y

Case 2:24-cv-00903-NJC-JMW    Document 67-28    Filed 01/31/25    Page 2 of 6 PageID #: 1461

When the shareholder came in he tried to go past me to open the door to get to the back, it didn't work because you have to type in a code first and thats when I kindly asked him to wait here because he doesn't have permission to go back there. That is when both Sara and Anthony came to the door from the back and asked him what he is doing here. This is when he began to carry on ~~and~~ and state this is his building his cars and threatning my owners (Sara and Anthony) because they wouldn't allow Danielle and Melissa to work because they had fired them ~~a couple~~ days to a week prior, I kept Anthony in the back behind the closed doors as I stood in front of the shareholder to protect ~~me~~ my bosses from him because the way he stormed in I could tell he was looking to pick a fight especially after threatning my bosses once they came out of the back. This is when both parties being the shareholder and my bosses called the police and the end result lead to Danielle and Melissa being escorted out with their belongings from their old offices, along with the shareholder as well.

X _[signature]_

On March 5th I was sitting at my desk and saw Asad run through the front door irate screaming for us to open the glass door. Dwight stood by the door explaining to him he was unable to let him in until approval from the owners.

He began screaming he is the owner & Sarah and Anthony don't own anything. Sarah came through the door and told Asad to leave. Sarah, Asad, and Anthony were involved in a heated argument. Sarah asked Asad to leave numerous times and he resisted. Asad began trying to push through Dwight to get behind the door. Asad began screaming Sarah and Anthony don't own anything and they won't be here much longer. He kept screaming this building belongs to him, as well as all the vehicles. He said Sarah would no longer be employed here and he didn't want her driving any of his vehicles. Angela contacted law enforcement to have him removed.  When law enforcement arrived they escorted Asad, Danielle, & Melissa to the back. After the controllers removed their belongings from the office, they were escorted out the building by law enforcement.

Nicky Bryan

3/07/2020

Saturday 3/7/2020

To whom it may concern;

On the morning of Thursday 3/5/2020 I observed the 2 two previous controllers enter the building and try to come into the back office. The owner reminded them that were not working in this location any longer and they should go back to the store they are employed in. They said they were there on the instruction of Assad. The controllers stood in the showroom and several minutes later Assad came storming through the front door screaming at Sara and Anthony saying they were fired. He started screaming obscenities and we called the police. He continued to be belligerent saying he owned the building and all the cars. I was close enough to smell alcohol on him. Once the police arrived Sara produced the appropriate paperwork stating she holds the lease to the building. Assad produced paperwork as well but the officers stated it was insufficient. Once they spoke with all the partners they escorted Assad and the two controllers out of the building.

Thank you

Angela Morrison

On 5/14/2020 Melissa and I were sitting in my office, when she began to question me on why Sara called her the day prior, and asked why we interrupted her lunch to ask her a question regarding mine and Sean's access to Automate. She began arguing with me, and then picked up the phone and called someone, so I removed myself and went into Frank's office. A few minutes later, she came into his office, and continued to try and argue with me, and then left. Her approach to the situation was extremely unprofessional, and I felt cornered and that she had verbally attacked me.

Catherine Ferrara

March 5, 2020


To Whom It May Concern:

I felt after witnessing the events of today I should put things on paper so that I do not forget any pertinent details. Having been in the automotive industry for 30 years I have never witnessed behavior more damaging to a business, its staff or ownership.

On Thursday March 5th, 2020 at approximately 10;00 AM a small angry man and two former office employees stormed the dealership and began attacking the Owner Sarah verbally and quite aggressively physically as well.

Cursing and seemingly attempting to attack Sarah, "Youre Fired!, Go Fuck Yourself! and other worse derogatory slurs. At this time one of the employees Dwight took a position to physically defend her, clearly the angry man had an issue and was running around screaming in the showroom in front of customers and our most important bank representative.

The staff was quite shaken up as everyone was working, no one knew who the man even was and the staff all answers to and reports directly to Sarah. The yelling and threating manner completely put everyone very much on edge and our staff was very frightened by this man's behavior.

At the same time a previously terminated bookkeeper who was with the man Asad began smiling and asking our biller "Isn't it a great day Kerry" It was clearly not a great day.