UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and NORTHSHORE MOTOR LEASING, LLC and 189 SUNRISE HWY AUTO LLC,<br><br>                             Plaintiffs,<br><br>   -against-<br><br>RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC. d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC a/k/a ISLAND AUTO GROUP OF NY LLC a/k/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A. a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK N.A. d/b/a CHASE BANK, CYRULI, SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, and JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,<br><br>                             Defendants. | Case No.: 2:24-cv-06903 (NJC/JMW)<br><br>**CONSENT SUBSTITUTION OF COUNSEL** |

-----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel

and upon the annexed declaration of Jamie S. Felsen in accordance with Local Civil Rule 1.4 of the

Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, with the approval of Defendant Milman Labuda Law Group PLLC, and subject to the approval of the Court, the law firm of L'Abbate, Balkan, Colavita & Contini, L.L.P., is hereby substituted in place of the law firm of Milman Labuda Law Group PLLC as counsel of record for Milman Labuda Law Group PLLC as a Defendant in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, notices of hearing and other filings in this matter should be served upon the undersigned incoming counsel.

| | |
|---|---|
| L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P. | MILMAN LABUDA LAW GROUP PLLC |
| By: *James Spithogiannis* | By: *Jamie S. Felsen* |
| James D. Spithogiannis | Jamie S. Felsen |
| 3 Huntington Quadrangle, Suite 102S | 3000 Marcus Avenue, Suite 3W8 |
| Melville, New York 11747 | Lake Success, NY 11042 |
| (516) 837-7385 | 516-328-8899 |
| Email: jspithogiannis@lbcclaw.com | Email: jamiefelsen@mmmlaborlaw.com |
| Defendant Milman Labuda Law Group PLLC Incoming Counsel | Defendant Milman Labuda Law Group PLLC Outgoing Counsel |
| Dated: March 5, 2025 | Dated: 3/4/25 |

**SO ORDERED:**

_____
**Nusrat J. Choudhury, U.S.D.J.**