

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

James D. Spithogiannis
Partner
jspithogiannis@lbcclaw.com

Direct Dial: (516) 837-7464

March 5, 2025

**VIA ECF**

Hon. Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:   *Deo, et al. v. Baron, et al.*
             Case No. 2:24-cv-06903 (NJC) (JMW)

Dear Judge Choudhury:

    L'Abbate, Balkan, Colavita & Contini, L.L.P., has been retained to represent Defendant Milman Labuda Law Group PLLC ("Milman") in the above-captioned matter. Enclosed is a Consent Substitution of Counsel Form signed by the undersigned and Milman (outgoing counsel/our client), as well as a Declaration in Support.

    Our substitution into the case will not delay or impact any of the pending court-imposed deadlines. However, Milman consents to and joins in the portion of an application by certain Defendants in this action to hold in abeyance, or otherwise stay, the briefing schedule ordered by the Court concerning Defendants' anticipated motions to dismiss. Dkt. No. 69.

    We respectfully request that the Court "so order" the substitution. Thank you for your consideration.

                                  Very truly yours,

                                  James D. Spithogiannis

JDS/ELM/aml
Enc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and NORTHSHORE MOTOR LEASING, LLC and 189 SUNRISE HWY AUTO LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC. d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC a/k/a ISLAND AUTO GROUP OF NY LLC a/k/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A. a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK N.A. d/b/a CHASE BANK, CYRULI, SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, and JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,<br><br>Defendants. | Case No.: 2:24-cv-06903 (NJC/JMW)<br><br>**CONSENT SUBSTITUTION OF COUNSEL** |

-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel

and upon the annexed declaration of Jamie S. Felsen in accordance with Local Civil Rule 1.4 of the

Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, with the approval of Defendant Milman Labuda Law Group PLLC, and subject to the approval of the Court, the law firm of L'Abbate, Balkan, Colavita & Contini, L.L.P., is hereby substituted in place of the law firm of Milman Labuda Law Group PLLC as counsel of record for Milman Labuda Law Group PLLC as a Defendant in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, notices of hearing and other filings in this matter should be served upon the undersigned incoming counsel.

| | |
|---|---|
| L'ABBATE, BALKAN, COLAVITA & CONTINI, L.L.P. | MILMAN LABUDA LAW GROUP PLLC |
| By: *[signature]* <br> James D. Spithogiannis <br> 3 Huntington Quadrangle, Suite 102S <br> Melville, New York 11747 <br> (516) 837-7385 <br> Email: jspithogiannis@lbcclaw.com | By: *[signature]* <br> Jamie S. Felsen <br> 3000 Marcus Avenue, Suite 3W8 <br> Lake Success, NY 11042 <br> 516-328-8899 <br> Email: jamiefelsen@mmmlaborlaw.com |
| Defendant Milman Labuda Law Group PLLC <br> Incoming Counsel | Defendant Milman Labuda Law Group PLLC <br> Outgoing Counsel |
| Dated: March 5, 2025 | Dated: 3/4/25 |

SO ORDERED:

/s/ James M. Wicks

3/6/25  ~~Nusrat J. Choudhury, U.S.D.J.~~ James M. Wicks, USMJ

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | |
|---|---|
| ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and NORTHSHORE MOTOR LEASING, LLC and 189 SUNRISE HWY AUTO LLC,<br><br>                    Plaintiffs,<br><br>  -against-<br><br>RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC. d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC a/k/a ISLAND AUTO GROUP OF NY LLC a/k/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A. a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK N.A. d/b/a CHASE BANK, CYRULI, SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, and JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,<br><br>                    Defendants. | Case No.: 2:24-cv-06903 (NJC/JMW)<br><br>**DECLARATION OF JAMIE S. FELSEN IN SUPPORT OF MOTION FOR SUBSTITUTION OF COUNSEL** |

-------------------------------------------------------------------X

Pursuant to 28 U.S.C. 1746(2), Jamie S. Felsen hereby declares as follows:

    1.    I am a partner in the law firm of Milman Labuda Law Group PLLC. I am an

attorney admitted to practice in the Courts of the State of New York, and I am admitted to practice before this Court.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York in support of the Stipulation and Order of Substitution of Counsel, which seeks to substitute L'Abbate, Balkan, Colavita & Contini, L.L.P. as counsel of record, and in place of Milman Labuda Law Group PLLC, for Defendant Milman Labuda Law Group PLLC in the above-captioned matter.

3. The reason for this substitution is that Milman Labuda Law Group PLLC, as a Defendant, has requested that L'Abbate, Balkan, Colavita & Contini, L.L.P., represent it going forward in this action.

4. The substitution is on consent of outgoing counsel.

5. On September 4, 2024, Plaintiffs filed a Verified Complaint in the Supreme Court of the State of New York, Nassau County, against Milman Labuda Law Group PLLC and other Defendants in this action.

6. On September 30, 2024, this action was removed to this Court.

7. On January 31, 2025, Plaintiffs filed an Amended Complaint.

8. Defendant Milman Labuda Law Group PLLC currently has until April 1, 2025, to respond to the Amended Complaint pursuant to this Court's Order dated November 20, 2024. However, Defendant Milman Labuda Law Group PLLC consents to and joins in the portion of an application by certain Defendants in this action to hold in abeyance, or otherwise stay, the briefing schedule ordered by the Court concerning Defendants' anticipated motions to dismiss. Dkt. No. 69.

attorney admitted to practice in the Courts of the State of New York, and I am admitted to practice before this Court.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York in support of the Stipulation and Order of Substitution of Counsel, which seeks to substitute L'Abbate, Balkan, Colavita & Contini, L.L.P. as counsel of record, and in place of Milman Labuda Law Group PLLC, for Defendant Milman Labuda Law Group PLLC in the above-captioned matter.

3. The reason for this substitution is that Milman Labuda Law Group PLLC, as a Defendant, has requested that L'Abbate, Balkan, Colavita & Contini, L.L.P., represent it going forward in this action.

4. The substitution is on consent of outgoing counsel.

5. On September 4, 2024, Plaintiffs filed a Verified Complaint in the Supreme Court of the State of New York, Nassau County, against Milman Labuda Law Group PLLC and other Defendants in this action.

6. On September 30, 2024, this action was removed to this Court.

7. On January 31, 2025, Plaintiffs filed an Amended Complaint.

8. Defendant Milman Labuda Law Group PLLC currently has until April 1, 2025, to respond to the Amended Complaint pursuant to this Court's Order dated November 20, 2024. However, Defendant Milman Labuda Law Group PLLC consents to and joins in the portion of an application by certain Defendants in this action to hold in abeyance, or otherwise stay, the briefing schedule ordered by the Court concerning Defendants' anticipated motions to dismiss. Dkt. No. 69.

9. Incoming counsel will be prepared to respond to the Amended Complaint by April 1, 2025, or any future date set by the Court.

10. It is not anticipated the proposed substitution will cause any undue delay or in any way prejudice Plaintiffs in this action.

11. Milman Labuda Law Group PLLC, as counsel, will not be asserting any charging liens.

12. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Melville, New York
      March 4, 2025

_____
Jamie S. Felsen