# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW

100 MANHATTANVILLE ROAD          SUITE 4E20          PURCHASE, NY 10577
TELEPHONE: 914.681.8700          FAX: 914.681.8709
HTTP://WWW.MILBERMAKRIS.COM

March 19, 2025

**Via CM/ECF Only**

Hon. Nusrat J. Choudhury, U.S.D.J.
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re:   *Deo, et al. v. Baron, et al.*
            Case No. 2:24-cv-06903 (NJC) (JMW)
            <u>Response to March 8, 2025 Text Order</u>

Dear Judge Choudhury:

This firm represents defendant Richards, Witt & Charles, LLP ("RWC") in connection with the above-referenced action, and submits the within correspondence relative to Your Honor's Text Order of March 8, 2025, and the preceding correspondence from the parties that led to that Text Order.

While Defendant Superb Motors Inc.'s ("Superb's") letter motion of March 5, 2025 [Doc. 71] speaks to a request for an extension of time to respond to Defendants Ally Financial Inc., NextGear Capital, Inc., and Nissan Motor Acceptance Company LLC.'s (collectively, the "Financing Defendants'") letter motion [Doc. 69] on behalf of the "remaining Defendants" – RWC was not contacted nor consulted by Superb and/or any of the other "remaining Defendants" in connection with that letter motion and request. [Doc. 71]. RWC presumes this was an inadvertent oversight by Superb.

In sum, RWC is not a part of the group of defendants (i.e., the "Non-Financing Defendants" as referenced in Your Honor's Text Order of March 8, 2025) that sought an extension of time to respond to the Financing Defendants' letter motion, and RWC takes no position with respect to same.

Respectfully submitted,

Conor V. McDonald

cc: All Appearing Counsel (via CM/ECF)

WOODBURY, NEW YORK ▪ PURCHASE, NEW YORK
NEW JERSEY ▪ CONNECTICUT ▪ FLORIDA ▪ PENNSYLVANIA