UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTHONY DEO individually and as shareholder/member
of NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE HWY AUTO LLC; SARA DEO individually
and as shareholder/member of NORTHSHORE MOTOR
LEASING LLC and 189 SUNRISE HWY AUTO LLC; and
NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE
HWY AUTO LLC,

                                      *Plaintiffs,*

-against-

RONALD BARON, JOSHUA AARONSON, JORY BARON,
MARCELLO SCIARRINO, DANIEL O'SULLIVAN,
BRIAN CHABRIER, WENDY KWUN, IRIS BARON,
RAYMOND PHELAN, ASAD KHAN, ESTATE OF
DAVID BARON, BARON NISSAN INC., d/b/a/
BARON NISSAN, ISLAND AUTO GROUP OF NEW
YORK LLC, a/k/a/ ISLAND AUTO GROUP OF NY LLC,
d/b/a/ ISLAND AUTO GROUP, ROBERT ANTHONY
URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN,
PARMESHWAR BISSOON, SUPERB MOTORS INC.,
d/b/a/ TEAM AUTO DIRECT, RICHARDS, WITT &
CHARLES, LLP, NEXTGEAR CAPITAL INC., ALLY
FINANCIAL INC., NISSAN MOTOR ACCEPTANCE
COMPANY LLC, d/b/a/ NMAC, JP MORGAN CHASE
BANK N.A., a/k/a/ JP MORGAN CHASE & CO., a/k/a/
CHASE BANK N.A., d/b/a/ CHASE BANK, CYRULI,
SHANKS & ZIZMOR, LLP, MILMAN LABUDA
LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20,
JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20,
JANE DOES 1-20, and JOHN DOE CORPORATIONS 1-20,

Index No. 2:24-cv-06903
      (NJC)

NOTICE OF APPEARANCE

                                      *Defendants.*
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that the undersigned associate of SCAHILL LAW GROUP, PC, provides this notice of appearance in the above-entitled action, on behalf of defendants Ronald Baron, Joshua Aaronson, Jory Baron, Marcello Sciarrino, Daniel O'Sullivan, Brian Chabrier, Wendy Kwun, Iris Baron, Raymond Phelan, Asad Khan,

Estate Of David Baron, and Island Auto Group of New York LLC A/K/A Island Auto Group of NY LLC A/K/A Island Auto Group.

DATED: Bethpage, New York
March 25, 2025

                                              SCAHILL LAW GROUP P.C.

*Jeffrey Baron*

By: Jeffrey T. Baron, Esq.
Attorneys for Defendants
RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, AND ISLAND AUTO GROUP OF NEW YORK LLC A/K/A ISLAND AUTO GROUP OF NY LLC A/K/A ISLAND AUTO GROUP
1065 Stewart Avenue, Suite 210
Bethpage, New York 11714
(516) 294-5200
Claim No. UT10440769

TO: All Parties via ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Civil Action No. Index No. 2:24-cv-06903-NJC
------------------------------------------------------------------------X
ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; and NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC,

*Plaintiffs,*

-against-

RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC., d/b/a/ BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC, a/k/a/ ISLAND AUTO GROUP OF NY LLC, d/b/a/ ISLAND AUTO GROUP,  ET AL

Defendants.

## NOTICE OF APPEARANCE

**SCAHILL LAW GROUP P.C.**
Attorneys for Defendants
RONALD BARON, JOSHUA AARONSON, JORY  BARON, MARCELLO SCIARRINO, DANIEL  O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, AND ISLAND AUTO GROUP OF NEW YORK LLC A/K/A ISLAND AUTO GROUP OF NY LLC A/K/A ISLAND AUTO GROUP
1065 Stewart Avenue, Suite 210
Bethpage, New York 11714
(516) 294-5200

Please take notice
☐ Notice of entry
that the within is a (*certified*) true copy of a _____ duly entered in the office of the clerk of the within named court on _____
☐ Notice of Settlement
that an order ^ of which the within is a true copy will be presented for _____ settlement to the HON. _____ one of the judges of the within named court, at _____ on
Dated: Bethpage, New York

Yours, etc.
**SCAHILL LAW GROUP P.C.**
Attorneys for Defendants
1065 Stewart Avenue, Suite 210
Bethpage, New York 11714
(516) 294-5200

To: All Parties