UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
ANTHONY DEO individually and as shareholder/member
of NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE HWY AUTO LLC; SARA DEO individually
and as shareholder/member of NORTHSHORE MOTOR
LEASING LLC and 189 SUNRISE HWY AUTO LLC;
and NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE AUTO LCC,

                          Plaintiffs,

                    -against-

RONALD BARON, JOSHUA AARONSON, JORY BARON
MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN
CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND
PHELAN, ASAD KHAN, ESTATE OF DAVID BARON,
BARON NISSAIN INC., d/b/a BARON NISSAN, ISLAND
AUTO GROUP OF NEW YORK LLC, a/k/a ISLAND AUTO
GROUP OF NY LLC, d/b/a ISLAND AUTO GROUP, ROBERT
ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL
MORGAN PARMESHWAR BISSOON, SUPERB MOTORS
INC., d/b/a TEAM AUTO DIRECT, RICHARDS, WITT &
CHARLES, LLP, CITRIN COOPERMAN & COMPANY
LLP, d/b/a CITRIN COOPERMAN, NEXTGEAR CAPITAL
INC., ALLY FINANCIAL INC., NISSAN MOTOR
ACCEPTANCE COMPANY LLC, d/b/a NMAC, JP MORGAN
CHASE BANK N.A., a/k/a JP MORGAN CHASE & CO., a/k/a
CHASE BANK N.A., d/b/a CHASE BANK, CYRULI, SHANKS
& ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC,
JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS
1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE
CORPORATIONS 1-20, and NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES,

                        Defendants.
--------------------------------------------------------------------X

Case No. 2:24-cv-06903

**NOTICE OF APPEARANCE**

**COUNSELORS:**

     **PLEASE TAKE NOTICE**, that Laura K. Brecher, Esq., of Milber Makris Plousadis &

Seiden, LLP, 100 Manhattanville Road, Suite 4E20, Purchase, New York 10577, hereby appears

in this action on behalf of defendant, RICHARD, WITT, & CHARLES, LLP.

Dated: Purchase, New York
      March 31, 2025

                  **MILBER MAKRIS PLOUSADIS**
                  **& SEIDEN, LLP**

              By: _____
                  Laura K. Brecher, Esq.
              *Attorneys for Defendant*
              *Richard, Witt & Charles, LLP*
              100 Manhattanville Road, Suite 4E20
              Purchase, New York 10577
              (914) 231-8098
              lbrecher@milbermakris.com
              File No.: 446-28894

TO: ALL PARTIES VIA ECF

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I filed the foregoing Notice of Appearance on CM/ECF, which shall serve as notice of filing on all counsel of record.

Laura K. Brecher, Esq.

*Attorney for Defendant Richard, Witt & Charles, LLP*