Samuel L. Butt
Partner

(212) 344-5400
sbutt@schlamstone.com

**Schlam Stone & Dolan LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

April 8, 2025

**BY ECF**

Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re:   *Deo v. Baron*, Case No. 2:24-cv-06903
       Letter Motion To Withdraw/Substitute

Dear Judge Wicks:

Defendant Bruce Novicky has retained Sage Legal LLC to represent him in this matter. Accordingly, Schlam Stone & Dolan LLP respectfully moves, pursuant to Local Civil Rule 1.4(b), to withdraw from its representation of Mr. Novicky in this action.

I enclose a copy of the Stipulation and Consent to Substitution (the "Substitution") signed by both incoming counsel and Mr. Novicky.

The substitution of Sage Legal LLC for our firm will not delay or impact any of the pending court deadlines, as Sage Legal LLC also represents Defendant Superb Motors, Inc. in this action and thus is fully familiar with the matter.

Schlam Stone & Dolan LLP will not be asserting a charging lien.

We respectfully request that the Court "so order" the Substitution. Thank you for your attention to this matter.

Respectfully submitted,

Samuel L. Butt

Encl.