UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SUPERB MOTORS INC., TEAM AUTO SALES LLC, ROBERT ANTHONY URRUTIA, 189 SUNRISE HWY AUTO LLC, NORTHSHORE MOTOR LEASING, LLC, BRIAN CHABRIER, individually and derivatively as a member of NORTHSHORE MOTOR LEASING, LLC, JOSHUA AARONSON, individually and derivatively as a member of 189 SUNRISE HWY AUTO, LLC, JORY BARON, 1581 HYLAN BLVD AUTO LLC, 1580 HYLAN BLVD AUTO LLC, 1591 HYLAN BLVD AUTO LLC, 1632 HYLAN BLVD AUTO LLC, 1239 HYLAN BLVD AUTO LLC, 2519 HYLAN BLVD AUTO LLC, 76 FISK STREET REALTY LLC, 446 ROUTE 23 AUTO LLC and ISLAND AUTO MANAGEMENT, LLC,

         Plaintiffs,

   -against-

ANTHONY DEO, SARAH DEO, HARRY THOMASSON, DWIGHT BLANKENSHIP, MARC MERCKLING, MICHAEL LAURIE, THOMAS JONES, CPA, CAR BUYERS NYC INC., GOLD COAST CARS OF SYOSSET LLC, GOLD COAST CARS OF SUNRISE LLC, GOLD COAST MOTORS AUTOMOTIVE GROUP LLC, GOLD COAST MOTORS OF LIC LLC, GOLD COAST MOTORS OF ROSLYN LLC, GOLD COAST MOTORS OF SMITHTOWN LLC, UEA PREMIER MOTORS CORP., DLA CAPITAL PARTNERS INC., JONES, LITTLE & CO., CPA'S LLP, FLUSHING BANK, LIBERTAS FUNDING LLC, and J.P. MORGAN CHASE BANK, N.A.,

         Defendants.
-------------------------------------------------------------------X

Case No.: 2:23-cv-6188 (JMW)

**STIPULATION OF**
**SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of Schlam Stone & Dolan LLP, with offices at 26 Broadway, New York, NY 10004, as attorneys for Defendant Bruce Novicky in the above-captioned case and that this substitution be entered into effect without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

Dated: Jamaica, New York
April 4, 2025

**SAGE LEGAL LLC**

 /s/ Emanuel Kataev, Esq.
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

Dated: New York, New York
April  4 , 2025

**SCHLAM STONE & DOLAN LLP**

By: _____
Samuel L. Butt, Esq.
26 Broadway
New York, NY 10004
(212) 344-5400 (office)
sbutt@schlamstone.com

Dated: Brooklyn, New York
April ____, 2025

By: _____
Bruce Novicky

So Ordered:

_____
                              , U.S.____.J.

**VIA ECF**
All counsel of record