# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NASSAU

**Job #: 2026498**

**Attorney:** Harry R. Thomasson, Esq. PH: (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| **vs** *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Matthew Verville**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 09/27/2024, at **10:40 AM** at at: **98 Goose Hill Road, Cold Spring Harbor, NY** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Ronald Baron**, the therein named **Defendant.**

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Elaine Harris, (Co-Tenant/Family member), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☒ **#5 MAILING**
On 09/30/2024, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Female     Color of skin: Black     Color of hair: Brown     Glasses: Yes
Age: Over 65 Yrs.   Height: 5ft 0in - 5ft 3in          Weight: 131-160 Lbs.     Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 9/30/3024

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Matthew Verville

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

Job #: 2026499

**Attorney:** Harry R. Thomasson, Esq. PH: (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| **vs** *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Matthew Verville**, being sworn says:

## AFFIDAVIT OF NON SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 09/26/2024, at 7:50 PM at: **10 Bancroft Lane, Kings Point, NY 11024** Deponent non-served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**
On: **Ronald Baron**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corpration/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **#6 DESCRIPTION**
Sex:      Color of skin:      Color of hair:      Glasses:
Age:      Height:      Weight:      Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
A uncooperative woman (refused name) stated that Ronald Baron moved out over 3 years ago. No further information was found.

Sworn to before me on 09/30/2024

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Matthew Verville

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

**Job #:** 2026500

**Attorney:** Harry R. Thomasson, Esq. PH: (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | | |
|---|---|---|
| Anthony Deo, et al., | | **Index Number:** 615683/2024 |
| | | **Date Filed:** |
| **vs** | *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | | **Court Date:** |
| | *Defendants.* | **Court Time:** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:

Matthew Verville, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 09/26/2024, at 4:15 PM at: **55 Oak Drive, Roslyn, NY 11576** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Joshua Aaronson,** the therein named **Defendant.**

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male          Color of skin: White          Color of hair: Brown     Glasses: No
Age: 36 - 50 Yrs.     Height: 5ft 9in - 6ft 0in          Weight: Over 200 Lbs.          Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 9/30/2.24

CARLA M. ELLIS
NOTARY PUBLIC STATE OF NEW YORK
No. 6011180
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES August 3, 2026

Matthew Verville

*GME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

**Job #: 2026503**

Attorney: Harry R. Thomasson, Esq. PH: (516) 557-5459
Address: 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | | |
|---|---|---|
| Anthony Deo, et al., | | **Index Number:** 615683/2024 |
| | | **Date Filed:** |
| *vs* | *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | | **Court Date:** |
| | *Defendants.* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Matthew Verville**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 09/26/2024, at 3:10 PM at: **6 Old Wagon Lane, Old Westbury, NY 11568** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Iris Baron**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to John W. (refused identity), (Co-Tenant), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants [] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☒ **#5 MAILING**
On 09/30/2024, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male        Color of skin: White        Color of hair: Bald      Glasses: No
Age: 36 - 50 Yrs.    Height: 5ft 9in - 6ft 0in                Weight: 161-200 Lbs.        Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 09/30/2024

_____
Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

_____
Matthew Verville

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

Job #: 2026504

Attorney: Harry R. Thomasson, Esq. PH: (516) 557-5459
Address: 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al.,  *Plaintiff* | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| vs | **Client's File No.:** |
| Ronald Baron, et al.  *Defendants.* | **Court Date:** |
| | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Matthew Verville**, being sworn says:

# AFFIDAVIT OF NON SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 09/26/2024, at 7:09 PM at: 239-50 Jericho Turnpike, Floral Park, NY 11001 Deponent non-served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**
On: **Asad Khan**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **#6 DESCRIPTION**
Sex:      Color of skin:      Color of hair:      Glasses:
Age:      Height:      Weight:      Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Location is a business called Best Auto. Business appears to be vacant, as the desks inside are empty and there's no cars in the lot.

Sworn to before me on 09/30/2024

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Matthew Verville

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

Case 2:24-cv-06903-NJC-JMW  Document 81  Filed 06/07/25  Page 6 of 25 PageID #: 1567

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

Job #: 2026505

**Attorney:** Harry R. Thomasson, Esq. PH: (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | | |
|---|---|---|
| Anthony Deo, et al., | | **Index Number:** 615683/2024 |
| | *Plaintiff* | **Date Filed:** |
| **vs** | | **Client's File No.:** |
| Ronald Baron, et al. | | **Court Date:** |
| | *Defendants.* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Matthew Verville**, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 09/26/2024, at 7:30 PM at: 271-10 Grand Central, 9H, Floral Park, NY 11005 Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Asad Khan**, the therein named **Defendant.**

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male          Color of skin: Tan  Color of hair: Bald      Glasses: No
Age: Over 65 Yrs.  Height: 5ft 4in – 5ft 8in          Weight: 161-200 Lbs.          Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 09/30/2024

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Matthew Verville

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

# SUPREME COURT OF THE STATE OF NEW YORK
# COUNTY OF NASSAU

**Job #: 2026506**

**Attorney:** Harry R. Thomasson, Esq. **PH:** (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | | |
|---|---|---|
| Anthony Deo, et al., | | **Index Number:** 615683/2024 |
| | | **Date Filed:** |
| ***vs*** | *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | | **Court Date:** |
| | *Defendants.* | **Court Time:** |

STATE OF NEW JERSEY, COUNTY OF ESSEX, SS.:
**Greg Duke**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New Jersey.

On **10/26/2024**, at **11:28 AM** at: **327 Lakewood Terrace, Newton, NJ 07860** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Robert Anthony Urrutia**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

09/28/2024 12:16 PM, 10/05/2024 12:07 PM, 10/11/2024 7:42 AM, 10/15/2024 6:49 PM, 10/19/2024 8:18 AM, 10/26/2024 11:28 AM

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☒ **#5 MAILING**
On 10/28/2024, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **#6 DESCRIPTION**
Sex:      Color of skin:      Color of hair:      Glasses:
Age:      Height:      Weight:      Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
No answer, no cars & dog heard inside parking on all attempts. On the 10/5/24 attempt, there was a septic permit sign in the window.

Sworn to before me on 29th October 2024

**DENISE DUKE**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/14/2028

Greg Duke

*CeME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

**Job #:** 2026507

Attorney: Harry R. Thomasson, Esq. PH: (516) 557-5459
Address: 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615663/2024 |
| | **Date Filed:** |
| *vs*                                                        *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

STATE OF CONNECTICUT, COUNTY OF HARTFORD, SS.:
**Theresa Barnes**, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of Connecticut.

On **10/03/2024**, at **10:35 AM** at: **36 High Ridge Road, Brookfield, CT 06804** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Bruce Novicky**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Chelsea Novicky, (Wife), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☒ **#5 MAILING**
On 10/04/2024, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
| | | |
|---|---|---|
| Sex: Female | Color of skin: White | Color of hair: Brown    Glasses: |
| Age: 35 - 40 Yrs. | Height: 5ft 46n - 5ft 9in | Weight: 140-150 Lbs.    Other Features: |

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on   10/4/2024

**KEITH D. NIZIANKIEWICZ**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES
8/31/2029

_____
Theresa Barnes

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NASSAU

**Job #:** 2026358

**Attorney:** Harry R. Thomasson, Esq. **PH:** (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| ***vs*** *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Nicholas Travaglione**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **9/10/2024**, at **4:58 PM** at: **235 Glen Cove Road Greenvale, NY 11548** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Baron Nissan Inc., d/b/a Baron Nissan**, the therein named **Defendant.**

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Joseph Offer personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Manager (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**

| | | | |
|---|---|---|---|
| **Sex:** Male | **Color of skin:** White | **Color of hair:** Brown | **Glasses:** |
| **Age:** 51-65 | **Height:** Over 6ft | **Weight:** Over 200 Lbs. | **Other Features:** |

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 09/11/2024

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Nicholas Travaglione

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

# SUPREME COURT OF THE STATE OF NEW YORK
# COUNTY OF NASSAU

**Job #:** 2026359

**Attorney:** Harry R. Thomasson, Esq. **PH:** (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| *vs*                                    *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Nicholas Travaglione**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **9/10/2024**, at **4:42 PM** at: **55 Oak Drive, Roslyn, NY 11576** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Island Auto Group Of New York LLC, a/k/a Island Auto Group**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Cindy (refused last name) personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Wife of owner (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**

| **Sex:** Female | **Color of skin:** White | **Color of hair:** Blonde | **Glasses:** | |
|---|---|---|---|---|
| **Age:** 36-50 | **Height:** 5ft 9in - 6ft 0in | **Weight:** 131-160 Lbs. | | **Other Features:** |

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Location is a residence.

Sworn to before me on 09/11/2024

_____
Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

_____
Nicholas Travaglione

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

**Job #: 2026360**

Attorney: Harry R. Thomasson, Esq. PH: (516) 557-5459
Address: 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al.,<br><br><div align="center">**vs**</div><br>Ronald Baron, et al.<br><br><div align="right">*Plaintiff*</div><br><br><div align="right">*Defendants.*</div> | Index Number: 615683/2024<br><br>Date Filed:<br><br>Client's File No.:<br><br>Court Date:<br><br>Court Time: |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Nicholas Travaglione**, being sworn says:

<div align="right"><b>AFFIDAVIT OF SERVICE</b></div>

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **9/17/2024**, at **7:12 AM** at: **15 Lancaster Street, Lynbrook, NY 11563** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Superb Motors Inc., d/b/a Team Auto Direct,** the therein named **Defendant.**

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Bobby Clark personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Manager (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**

| | | | |
|---|---|---|---|
| **Sex**: Male | **Color of skin**: Black | **Color of hair**: Gray | **Glasses**: |
| **Age**: 51-65 | **Height**: 5ft 9in - 6ft 0in | **Weight**: 161-200 Lbs. | **Other Features**: |

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Location is a residence.

Sworn to before me on 09/17/2024

Carla M. Ellis
Notary Public State of New York
No. 6011160
Qualified in Suffolk County
Commission Expires August 3, 2026

Nicholas Travaglione

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NASSAU

**Job #: 2026361**

**Attorney:** Harry R. Thomasson, Esq. **PH:** (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| *vs* *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Nicholas Travaglione**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **9/12/2024**, at **8:10 AM** at: **100 Ring Road West, Garden City, NY 11530** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Richards, Witt & Charles, LLP**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Joel Ackerman personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Accountant (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex:** Male   **Color of skin:** White   **Color of hair:** Black   **Glasses:**
**Age:** 36-50   **Height:** 5ft 4in - 5ft 8in   **Weight:** Over 200 Lbs.   **Other Features:**

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 09/12/2024

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Nicholas Travaglione

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

# AFFIDAVIT OF SERVICE

INDEX #: 615683/2024  
DATE FILED: 9/4/2024  
ATTORNEY:  HARRY THOMASSON, ESQ.  
             3280 SUNRISE HIGHWAY BOX 112 WANTAGH NY 11793 (516)557-5459

JOB #:  2026362

**SUPREME** COURT OF THE STATE OF NEW YORK     **NASSAU** COUNTY

**ANTHONY DEO, ET AL**  
Plaintiff(s)

- against -

**RONALD BARON, ET AL**  
Defendant(s)

STATE OF NEW YORK:  
COUNTY OF ALBANY:    **ss**:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **09/13/2024, 01:49PM** at **283 WASHINGTON AVENUE, ALBANY, NEW YORK 12206**, deponent served a **SUMMONS AND COMPLAINT WITH EXHIBIT A-Y WITH NOTICE OF ELECTRONIC FILING (MANDATORY CASE)** upon **CITRIN COOPERMAN & COMPANY LLP, D/B/A CITRIN COOPERSMAN , BY SERVICE UPON CORPORATE SERVICE BUREAU, INC. AS REGISTERED AGENT**, a defendant in the above captioned matter.

By delivering to and leaving a true copy of the above described papers thereof personally with **HEATHER MORIGERATO**, Registered Agent, who indicated that she was authorized to accept service of process on behalf of **CITRIN COOPERMAN & COMPANY LLP, D/B/A CITRIN COOPERSMAN**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:  
Sex **F**    Approximate age **40**    Approximate height **5'05"**    Approximate weight **140**    Color of skin **WHITE**    Color of hair **BLONDE**

Sworn to before me on 09/14/2024  
DAVID POST NO. 01P06427868  
NOTARY PUBLIC, STATE OF NEW YORK  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES ON 01/03/2026

X    _S. Marie_  
       STEF MARIE

**C-ME PROCESS SERVICE LLC**  
**646 SOUTH 9TH STREET**  LINDENHURST, NY 11757 **(516)524-9018**

## AFFIDAVIT OF SERVICE

INDEX #: 615683/2024
DATE FILED: 9/4/2024
ATTORNEY:  HARRY THOMASSON, ESQ.
         3280 SUNRISE HIGHWAY BOX 112 WANTAGH NY 11793 (516)557-5459

JOB #:  2026363

**SUPREME** COURT OF THE STATE OF NEW YORK    NASSAU COUNTY

**ANTHONY DEO**, ET AL
Plaintiff(s)
- against -
**RONALD BARON**, ET AL
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:  ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 09/12/2024, 02:10PM at 80 STATE STREET, 10TH FLOOR, ALBANY, NEW YORK 12207, deponent served a **SUMMONS AND COMPLAINT WITH EXHIBIT A-Y WITH NOTICE OF ELECTRONIC FILING (MANDATORY CASE)** upon **NEXTGEAR CAPITAL INC. , BY SERVICE UPON CORPORATION SERVICE COMPANY AS REGISTERED AGENT**, a defendant in the above captioned matter.

By delivering to and leaving a true copy of the above described papers thereof personally with **MINARD CARKNER**, Registered Agent, who indicated that he was authorized to accept service of process on behalf of **NEXTGEAR CAPITAL INC.**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **M**    Approximate age **37**    Approximate height **6'02"**    Approximate weight **200**    Color of skin **WHITE**    Color of hair **BROWN**

Sworn to before me on 09/12/2024
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

X _____
      STEF MARIE

**C-ME PROCESS SERVICE LLC**
646 SOUTH 9TH STREET  LINDENHURST, NY 11757 (516)524-9018

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

**Job #:** 2026364

Attorney: Harry R. Thomasson, Esq. **PH:** (516) 557-5459
Address: 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| *vs*                                          *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| | **Court Time:** |
| *Defendants.* | |

STATE OF GEORGIA, COUNTY OF DEKALB, SS.:
**Chris Stanton**, being sworn says:

# AFFIDAVIT OF NON SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Georgia.

On 09/13/2024, at 11:50 AM at: 6205 Peachtree Dunwoody Road, Atlanta, GA 30328 Deponent non-served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**
On: **Nextgear Capital Inc.**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☐ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be  thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **#6 DESCRIPTION**
Sex:      Color of skin:      Color of hair:      Glasses:
Age:      Height:      Weight:      Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Nextgear Capital Inc. is not accepted at the aforementioned address. A company named Cox Communications is at this location. Nextgear Capital Inc. is to be served at their Registered Agent, c/o: Corporation Service Company, 2 Sun Court, Suite 400, Peach Tree, GA 30092.

Sworn to before me on

9/17/24

*(Notary seal: MARIA BORMANN NOTARY, MY COMMISSION EXPIRES JUNE 11, 2027, DEKALB COUNTY, GEORGIA)*

Chris Stanton

*C-ME Process Servers, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

**Job #: 2026365**

**Attorney:** Harry R. Thomasson, Esq. PH: (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | | |
|---|---|---|
| Anthony Deo, et al., | | **Index Number:** 615683/2024 |
| | | **Date Filed:** |
| *vs* | *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | | **Court Date:** |
| | *Defendants.* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Yoler Jean-Baptiste**, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 9/10/2024, at 3:19 PM at: 111 Eighth Avenue, 13th Floor, NY, NY 10017 Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Ally Financial Inc. c/o CT Corporation System**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Carlos Bobe personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Agent For Service Of Process (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male      Color of skin: White        Color of hair: Black    Glasses:
Age: 50   Height: 5ft 4in - 5ft 8in         Weight: Over 200 Lbs.        Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 09/11/2024

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Yoler Jean-Baptiste
1139306

*C-ME PROCESS SERVICE, LLC, 646 SOUTH 9TH STREET, LINDENHURST, NY 11757*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

**Job #: 2026366**

**Attorney:** Harry R. Thomasson, Esq. **PH:** (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| **vs** *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

STATE OF MICHIGAN, COUNTY OF WAYNE, SS.:
**Paul Pervoich**, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of Michigan.

On 09/12/2024, at **12:45 PM** at: **40600 Ann Arbor Road, #201, Plymouth, MI 48170** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Ally Financial inc., c/o The Corporation Company,** the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Kathy Hunter personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Manager (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex:** Female    **Color of skin:** White    **Color of hair:** Blonde    **Glasses:** No
**Age:** 36 - 50 Yrs.    **Height:** 5ft 4in - 5ft 8in    **Weight:** 131-160 Lbs.    **Other Features:**

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 9/13/2024

SUSAN M. ZANLEY
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF Wayne
My Commission Expires May 19, 2030
Acting in the County of WAYNE

Paul Pervoich

*Empire Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

# SUPREME COURT OF THE STATE OF NEW YORK
# COUNTY OF NASSAU

**Job #:** 2026367

**Attorney:** Harry R. Thomasson, Esq. **PH:** (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| ***vs***      *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

STATE OF TEXAS, COUNTY OF ELLIS, SS.:
**Stephen C. Buskirk**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of Texas.

On **09/17/2024**, at **3:03 PM** at: **8900 Freeport Parkway, Irving, TX 75063** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Nissan Motor Acceptance Company LLC, d/b/a/ NMAC**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Catherine Nolan personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Senior Paralegal (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex:** Female    **Color of skin:** White    **Color of hair:** Brown    **Glasses:** Yes
**Age:** 51 - 65 Yrs.    **Height:** 5ft 4in - 5ft 8in    **Weight:** 131-160 Lbs.    **Other Features:**

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on   *9/19/2024*

*Leanna L Buskirk*

SUNNY S. BUSKIRK
Notary Public, State of Texas
Comm. Expires 03-24-2028
Notary ID 126457653

*Stephen C Buskirk*
Stephen C. Buskirk
PSC 1987

INDEX #: 615683/2024

JOB #: 2026368

DATE FILED: 9/4/2024

ATTORNEY:  HARRY THOMASSON, ESQ.
          3280 SUNRISE HIGHWAY BOX 112 WANTAGH NY 11793 (516)557-5459

---

**SUPREME** COURT OF THE STATE OF NEW YORK        NASSAU COUNTY

---

**ANTHONY DEO, ET AL**
Plaintiff(s)

- against -

**RONALD BARON, ET AL**
Defendant(s)

---

STATE OF NEW YORK:
COUNTY OF ALBANY:    ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 09/12/2024, 02:10PM at 80 STATE STREET, 10TH FLOOR, ALBANY, NEW YORK 12207, deponent served a **SUMMONS AND COMPLAINT WITH EXHIBIT A-Y WITH NOTICE OF ELECTRONIC FILING (MANDATORY CASE)** upon **NISSAN MOTOR ACCEPTANCE COMPANY LLC, D/B/A NMAC** , BY SERVICE UPON CORPORATION SERVICE COMPANY AS REGISTERED AGENT, a defendant in the above captioned matter.

By delivering to and leaving a true copy of the above described papers thereof personally with **MINARD CARKNER**, Registered Agent, who indicated that he was authorized to accept service of process on behalf of **NISSAN MOTOR ACCEPTANCE COMPANY LLC, D/B/A NMAC** .

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
**Sex M**   Approximate age 37   Approximate height **6'02"**   Approximate weight 200   Color of skin **WHITE**   Color of hair **BROWN**

Sworn to before me on 09/12/2024
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

x S. marie
    STEF MARIE

C-ME PROCESS SERVICE LLC
646 SOUTH 9TH STREET  LINDENHURST, NY 11757 (516)524-9018

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

**Job #:** 2026369

**Attorney:** Harry R. Thomasson, Esq. PH: (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

Anthony Deo, et al.,

*Plaintiff*

*vs*

Ronald Baron, et al.

*Defendants.*

| | |
|---|---|
| Index Number: | 615683/2024 |
| Date Filed: | |
| Client's File No.: | |
| Court Date: | |
| Court Time: | |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
Yoler Jean-Baptiste, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 9/10/2024, at 3:19 PM at: 111 Eighth Avenue, 13th Floor, NY, NY 10017 Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **JP Morgan Chase Bank N.A.., a/k/a/ JP Morgan Chase & CO., a/k/a Chase Bank N.A., d/b/a Chase Bank d/b/a/ Chase Bank c/o Corporation System**, the therein named Defendant.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering a true copy of each to Carlos Bobe personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Agent For Service Of Process (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male      Color of skin: White      Color of hair: Black      Glasses:
Age: 50   Height: 5ft 4in - 5ft 8in      Weight: Over 200 Lbs.      Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 09/11/2024

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Yoler Jean-Baptiste
1139306

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

**Job #:** 2026370

Attorney: Harry R. Thomasson, Esq. PH: (516) 557-5459
Address: 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

|  |  |
|---|---|
| Anthony Deo, et al., | Index Number: 615683/2024 |
| *Plaintiff* | Date Filed: |
| *vs* | Client's File No.: |
| Ronald Baron, et al. | Court Date: |
| *Defendants.* | Court Time: |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
Yoler Jean-Baptiste, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 9/16/2024, at 2:25 PM at: **420 Lexington Avenue Suite 2320, New York, NY 10017** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Cyruli, Shanks & Zizmor, LLP,** the therein named **Defendant.**

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Mr. Halpe personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Manager (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male          Color of skin: White          Color of hair: Black     Glasses:
Age: 40   Height: 5ft 4in – 5ft 8in          Weight: 161-200 Lbs.          Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 09/13/2024

_____
Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

_____
Yoler Jean-Baptiste
1139306

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

**Job #: 2026371**

**Attorney:** Harry R. Thomasson, Esq. **PH:** (516) 557-5459
**Address:** 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| ***vs*** *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Nicholas Travaglione**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 9/10/2024, at 4:17 PM at: **3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Milman Labuda Law Group, PLLC**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Parbahti Singh personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Administrator (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex:** Female   **Color of skin:** Brown   **Color of hair:** Black   **Glasses:**
**Age:** 51-65   **Height:** 5ft 4in - 5ft 8in   **Weight:** 161-200 Lbs.   **Other Features:**

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 09/11/2024

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Nicholas Travaglione

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*

# AFFIDAVIT OF SERVICE

INDEX #: 615683/2024
DATE FILED: 9/4/2024
ATTORNEY: HARRY THOMASSON, ESQ.
3280 SUNRISE HIGHWAY BOX 112 WANTAGH NY 11793 (516)557-5459

JOB #: 2026372

SUPREME COURT OF THE STATE OF NEW YORK     NASSAU COUNTY

ANTHONY DEO, ET AL
Plaintiff(s)

- against -

RONALD BARON, ET AL
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:    ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 09/12/2024, 02:46PM at EMPIRE STATE PLAZA, BUILDING 3, ALBANY, NEW YORK 12228, deponent served a SUMMONS AND COMPLAINT WITH EXHIBIT A-Y WITH NOTICE OF ELECTRONIC FILING (MANDATORY CASE) upon NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, a defendant in the above captioned matter.

By delivering to and leaving with BRITTANY STRONG at the above address and that deponent knew the person so served to be the agent duly authorized to accept service of process on behalf of the NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 48    Approximate height 5'00"    Approximate weight 200    Color of skin WHITE    Color of hair BLONDE    Other
GLASSES

Sworn to before me on 09/12/2024
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

x _S. Marie_
STEF MARIE

C-ME PROCESS SERVICE LLC
646 SOUTH 9TH STREET LINDENHURST, NY 11757 (516)524-9018

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NASSAU

**Job #:** 2026405

Attorney: Harry R. Thomasson, Esq. PH: (516) 557-5459
Address: 3280 Sunrise Highway, Suite 112 Wantagh, NY 11793

| | |
|---|---|
| Anthony Deo, et al., | **Index Number:** 615683/2024 |
| | **Date Filed:** |
| *vs* *Plaintiff* | **Client's File No.:** |
| Ronald Baron, et al. | **Court Date:** |
| *Defendants.* | **Court Time:** |

# AFFIDAVIT OF SERVICE

STATE OF GEORGIA, COUNTY OF DEKALB, SS.:
**Chris Stanton**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of Georgia.

On **09/16/2024**, at **1:40 PM** at: **2 Sun Court, Suite 400, Peachtree Corners, GA 30092** Deponent served the within **Summons and Complaint with Exhibit A-Y with Notice of Electronic Filing (Mandatory Case)**

On: **Nextgear Capital Inc., c/o: Corporation Service Company,** the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Alisha Smith personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Process Coordinator (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Female      Color of skin: Black      Color of hair: Black    Glasses:
Age: 30 - 40 Yrs.   Height: 5ft 6in - 5ft 8in      Weight: 155-165 Lbs.      Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on

9/17/24

*[Notary seal: MARIA BORMANN NOTARY, DEKALB COUNTY, GEORGIA, NOTARY PUBLIC, MY COMMISSION EXPIRES JUNE 11, 2027]*

Chris Stanton

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*