Michael E. Sims
Kevin Badkhshan
ZEICHNER ELLMAN & KRAUSE LLP
730 Third Avenue
New York, New York 10017
(212) 223-0400

*Attorneys for Defendant, Nissan Motor Acceptance Company LLC, d/b/a NMAC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE, MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; and NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE AUTO LLC,<br><br>                                        Plaintiffs,<br><br>- against -<br><br>RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC., d/b/a/ BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC, a/k/a/ ISLAND AUTO GROUP OF NY LLC, d/b/a/ ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC., d/b/a/ TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP, d/b/a/ CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC, d/b/a/ NMAC, JP MORGAN CHASE BANK N.A., a/k/a/ JP MORGAN CHASE & CO., a/k/a/ CHASE BANK N.A., d/b/a/ CHASE BANK, CYRULI, SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHN DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,<br><br>                                        Defendants. | **Case No.:** 24-cv-06903-JMW<br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for defendant NISSAN MOTOR ACCEPTANCE COMPANY LLC, d/b/a/ NMAC.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         October 17, 2025

                                             ZEICHNER ELLMAN & KRAUSE LLP

                                             By: /s/ *Kevin Badkhshan*
                                                 Kevin Badkhshan, Esq.
                                                 730 Third Avenue
                                                 New York, New York 10017
                                                 (212) 223-0400
                                                 kbadkhshan@zeklaw.com

                                             *Attorneys for Defendant Nissan Motor*
                                             *Acceptance Company LLC, d/b/a NMAC*

To:   All Appearing Parties by ECF