**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X

ANTHONY DEO individually and as shareholder/member
of NORTHSHORE MOTOR LEASING LLC and 189
SUNRISE HWY AUTO LLC; SARA DEO individually
and as shareholder/member of NORTHSHORE MOTOR
LEASING LLC and 189 SUNRISE HWY AUTO LLC; and
NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE
HWY AUTO LLC,

Index No. 2:24-cv-06903
(NJC/JMW)

       *Plaintiffs,*

 -against-

RONALD BARON, JOSHUA AARONSON, JORY BARON,
MARCELLO SCIARRINO, DANIEL O'SULLIVAN,
BRIAN CHABRIER, WENDY KWUN, IRIS BARON,
RAYMOND PHELAN, ASAD KHAN, ESTATE OF
DAVID BARON, BARON NISSAN INC., d/b/a/
BARON NISSAN, ISLAND AUTO GROUP OF NEW
YORK LLC, a/k/a/ ISLAND AUTO GROUP OF NY LLC,
d/b/a/ ISLAND AUTO GROUP, ROBERT ANTHONY
URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN,
PARMESHWAR BISSOON, SUPERB MOTORS INC.,
d/b/a/ TEAM AUTO DIRECT, RICHARDS, WITT &
CHARLES, LLP, NEXTGEAR CAPITAL INC., ALLY
FINANCIAL INC., NISSAN MOTOR ACCEPTANCE
COMPANY LLC, d/b/a/ NMAC, JP MORGAN CHASE
BANK N.A., a/k/a/ JP MORGAN CHASE & CO., a/k/a/
CHASE BANK N.A., d/b/a/ CHASE BANK, CYRULI,
SHANKS & ZIZMOR, LLP, MILMAN LABUDA
LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20,
JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20,
JANE DOES 1-20, and JOHN DOE CORPORATIONS 1-20,

       *Defendants.*
---------------------------------------------------------------------X

## NOTICE OF MOTION TO REMAND THE INSTANT ACTION TO NASSAU (NEW YORK) SUPREME COURT

**PLEASE TAKE NOTICE,** that upon the accompanying memorandum of law in support hereof, and all of the papers and proceedings herein, Plaintiffs ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC

1

and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/ member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; and NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC, will move this Court, before the Honorable Nusrat J. Choudhury, U.S.D.C.J. ("Judge Choudhury"), at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Courtroom 1040, Central Islip, New York, 11722, for an Order, pursuant to 1) 28 U.S. Code § 1447(c); and/or 2) this Court's Order dated and entered September 30, 2025 *at* docket entry number 92; and/or 3) the holdings in the case cited as *Royal Canin U.S.A., Inc. v. Wullschleger*, 220 L.Ed.2d 289 (U.S. 2025), Remanding the instant case to its Court of origin, Nassau (NY) Supreme Court, given the absence of subject matter jurisdiction for this Court over the instant action, and for such other and further relief as may be determined just.

**PLEASE TAKE FURTHER NOTICE** that the instant Motion may be made without a pre-motion conference as set forth in this Court's Order dated and filed on September 30, 2025, *at* docket entry #92.

**PLEASE TAKE FURTHER NOTICE** that consistent with this Court's Order dated and filed on September 30, 2025, *at* docket entry #92, a memorandum of law in opposition hereto, if any, shall be served on undersigned by or before October 28, 2025, and any reply thereto shall be served by undersigned on or before November 4, 2025, unless otherwise ordered by this Court.

Dated: October 14, 2025

        Respectfully submitted,

        Plaintiffs, by counsel,

        /S/ HARRY THOMASSON

        _____

        Harry Thomasson, Esq.
        3280 Sunrise Highway
        Box 112
        Wantagh, NY  11793
        Tel. 516-557-5459
        hrtatty@verizon.net