UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC, SARA DEO individually and as a shareholder/member of NORTHSHORE MOTOR LEASING LLC and NORTHSHORE MOTOR LEASING, LLC and 189 SUNRISE HWY AUTO, LLC,

                            Plaintiffs,

-against-

RONALD BARON, JOSHUA AARONSON, JORY BARON, MARCELLO SCIARRINO, DANIEL O'SULLIVAN, BRIAN CHABRIER, WENDY KWUN, IRIS BARON, RAYMOND PHELAN, ASAD KHAN, ESTATE OF DAVID BARON, BARON NISSAN INC. d/b/a BARON NISSAN, ISLAND AUTO GROUP OF NEW YORK LLC a/k/a ISLAND AUTO GROUP OF NY LLC a/k/a ISLAND AUTO GROUP, ROBERT ANTHONY URRUTIA, BRUCE NOVICKY, MICHAEL MORGAN, PARMESHWAR BISSOON, SUPERB MOTORS INC. d/b/a TEAM AUTO DIRECT, RICHARDS, WITT & CHARLES, LLP, CITRIN COOPERMAN & COMPANY LLP a/k/a CITRIN COOPERMAN, NEXTGEAR CAPITAL INC., ALLY FINANCIAL INC., NISSAN MOTOR ACCEPTANCE COMPANY LLC d/b/a NMAC, JP MORGAN CHASE BANK N.A. a/k/a JP MORGAN CHASE & CO. a/k/a CHASE BANK N.A. d/b/a CHASE BANK, CYRULI SHANKS & ZIZMOR, LLP, MILMAN LABUDA LAW GROUP, PLLC, JOHN DOE ATTORNEYS 1-20, JOHN DOE ACCOUNTANTS 1-20, JOHN DOES 1-20, JANE DOES 1-20, JOHNM DOE CORPORATIONS 1-20, and NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES,

                            Defendants.
----------------------------------------------------------------X

Case No.: 2:24-cv-6903 (NJC) (JMW)

**DECLARATION OF JEFFREY C. RUDERMAN IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

1

I, JEFFREY C. RUDERMAN, an attorney admitted to practice law in the State of New York, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am a partner in the firm of Cyruli Shanks & Zizmor LLP, attorneys for defendant BARON NISSAN INC. d/b/a BARON NISSAN herein, and am therefore fully familiar with the facts and circumstances set forth herein. I make this Declaration in opposition to Plaintiffs' motion seeking to remand this action to the Supreme Court of the State of New York, Nassau County.

2. Annexed hereto as Exhibit A is a true copy of the Complaint filed in *China Shipping Container Lines Co. v. Big Port Serv. DMCC*, Case No.: 1:15-cv-2006 (AT) (DCF), ECF Docket Entry 1.

3. Annexed hereto as Exhibit B is a true copy of the affidavit of Anthony Deo ("Deo") in support of his motion to dismiss the action previously pending in Supreme Court of the State of New York, Nassau County, entitled <u>Chabrier, *et al.* v. Deo, *et al*,</u> under Index No. 617224/220 (the "New York Action"), NYSCEF Doc. 60.

4. Annexed hereto as Exhibit C is a true copy of the affidavit of Joshua Aaronson in further support of his motion for preliminary injunction and in opposition to Deo's motion dismiss the New York Action, NYSCEF Doc. 74.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at New York, New York on November 4, 2025.

/s/ JEFFREY C. RUDERMAN