UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTHONY DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; SARA DEO individually and as shareholder/member of NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC; and NORTHSHORE MOTOR LEASING LLC and 189 SUNRISE HWY AUTO LLC,

                        Plaintiffs,

v.

RONALD BARON, et al.,

                        Defendants.
-----------------------------------------------------------------x

Case No. 2:24-cv-6903 (NJC) (JMW)

**DECLARATION OF JAMES D. SPITHOGIANNIS IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

James D. Spithogiannis, an attorney, declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am a member of the law firm of L'Abbate, Balkan, Colavita & Contini, L.L.P., attorneys of record for Defendant Milman Labuda Law Group PLLC ("Milman"). I am therefore fully familiar with the facts and circumstances set forth herein.

2.    I make this Declaration to join in the papers served by, *inter alia*, Defendants Joshua Aaronson, Brian Chabrier, the Estate of David Baron, Jory Baron, and Asad Khan ("IAG Defendants") in opposition to Plaintiffs' motion to remand this action to the Supreme Court of the State of New York, County of Nassau ("Remand Motion").

3.    In the interest of brevity, I incorporate by referenced herein the arguments contained in the IAG Defendants' memorandum of law in opposition to the Remand Motion ("IAG

Opposition").

4. Based on the IAG Opposition, Milman respectfully requests that this Court enter an Order denying the Remand Motion.

WHEREFORE, it is respectfully requested that the Court grant the relief specified in Paragraph 4 herein, together with such other and further relief as this Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2025, in Melville, New York.

*[signature]*
James D. Spithogiannis